UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>MIRABILIS VENTURES, INC.,<br><br>Debtor. | Case No.: 6:08-bk-04327-KSJ<br><br>Chapter 11 |
| MIRABILIS VENTURES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BUCHANAN INGERSOLL & ROONEY P.C.; SAXON, GILMORE, CARRAWAY, GIBBONS, LASH & WILCOX, P.A. and HANS C. BEYER,<br><br>    Defendants. | Adv. Proceeding No.: 6:08-ap-00227-KSJ |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Buchanan Ingersoll & Rooney, P.C. and Hans C. Beyer in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no equities to report under FRBP 7007.1:

**NONE**

All corporate interests are located at 301 Grant Street, Pittsburgh, PA 15219.

                                              /s/ Thomas A. Zehnder
                                              David B. King, Trial Counsel
                                              Florida Bar No.: 0093426
                                              Thomas A. Zehnder
                                              Florida Bar No.: 0063274

KING, BLACKWELL, DOWNS & ZEHNDER, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: 407.422.2474
Facsimile: 407.648.0161
dking@kbdzlaw.com
tzehnder@kbdzlaw.com

*Counsel for Buchanan Ingersoll & Rooney, P.C. and Hans C. Beyer*