UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-bk-04327-KSJ

---

MIRABILIS VENTURES, INC.,

    Plaintiff,                                             Case No. 6:09-cv-1974-Orl-31DAB

v.

BUCHANAN, INGERSOLL &
ROONEY, P.L.; SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A.; and
HANS CHRISTIAN BEYER,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Interested Persons For Civil Cases Order, Defendants Saxon, Gilmore, Carraway, & Gibbons, P.A. ("Saxon Gilmore")[1] and Hans C. Beyer ("Beyer"), disclose the following:

    **1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a. Mirabilis Ventures, Inc.
    b. Robert Cuthill
    c. Latham, Shuker, Eden & Beaudine, LLP.
    d. Elizabeth A. Green, Esq.
    e. Jennifer S. Eden, Esq.

---

[1] Saxon Gilmore was formerly known as Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A.

f. Jimmy D. Parrish, Esq.
g. Saxon, Gilmore, Carraway, & Gibbons, P.A.
h. Hans Christian Beyer, Esq.
i. Bernice S. Saxon, Esq.
j. Ricardo L. Gilmore, Esq.
k. J. Frazier Carraway, Esq.
l. John B. Gibbons, Esq.
m. AXIS Insurance
n. Holland & Knight LLP
o. Joseph H. Varner, III
p. Broad and Cassel
q. Roy S. Kobert, Esq.
r. Morris & Widman, P.A.
s. Robert C. Widman, Esq.
t. All interested persons identified by the other parties to this action.

**2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

**3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time

**4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

a. Mirabilis Ventures, Inc.
b. United States Treasury Department

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 4, 2009.

s/Joseph H. Varner, III
Joseph H. Varner, III
Florida Bar No. 394904
joe.varner@hklaw.com

HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, FL 33601-1288
(813) 227-8500
(813) 229-0134 (facsimile)
Attorneys for Saxon, Gilmore, Carraway,
 & Gibbons, P.A. and Hans C. Beyer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2009, a true and correct copy of the foregoing was furnished by U.S. Mail or by the Court's electronic notification system, to:

| | |
|---|---|
| Roy S. Kobert, Esq.<br>rkobert@broadandcassel.com<br>Todd K. Norman, Esq.<br>tnorman@broadandcassel.com<br>Broad and Cassel<br>390 North Orange Ave., Suite 1400<br>Orlando, FL 32801<br>PH: 407-839-4200<br>FX: 407-425-8377<br>Attorneys for Plaintiff | Robert Widman, Esq.<br>Widmor48@mwk-law.com<br>Morris & Widman, P.A.<br>245 N. Tamiami Trail, Suite E<br>Venice, FL 34285<br>PH: 941-484-0646<br>FX: 941-496-8870<br>Attorneys for Plaintiff |

                                          s/Joseph H. Varner, III
                                          Attorney

# 9004299_v1 111882-2