UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-bk-4327-KSJ

_____

MIRABILIS VENTURES, INC.,

       Plaintiff,                            Case No.: 6:09-cv-1974-Orl-31DAB

v.

BUCHANAN, INGERSOLL, & ROONEY, P.L.,
SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH & WILCOX, P.A. and HANS
CHRISTIAN BEYER,

       Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

  X   IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

United States Bankruptcy Court
Middle District of Florida, Orlando Division
Case No. 6:08-bk-04327-KSJ
Mirabilis Ventures, Inc.

United States Bankruptcy Court
Middle District of Florida, Orlando Division
Adversary Proceeding No. 6:08-ap-222-KSJ
Mirabilis Ventures, Inc. v. Richard E. Berman

United States District Court
Middle District of Florida, Orlando Division
Case No. 6:09-cv-175-GAP-DAB
Mirabilis Ventures, Inc. v. Richard E. Berman

Orange County State Court
Case No. 48-2008-CA-031333
Frank Amodeo v. Berman Kean & Riguera P.A., et. al

United States Bankruptcy Court
Middle District of Florida, Orlando Division
Adversary Proceeding No. 6:08-ap-223-KSJ
Mirabilis Ventures, Inc. v. Rachlin Cohen & Holtz, LLP

United States District Court
Middle District of Florida, Orlando Division
Case No. 6:09-cv-271-GAP-DAB
Mirabilis Ventures, Inc. v. Rachlin Cohen & Holtz, LLP

Palm Beach County State Court
Case No. 50-2008-CA-036925
Frank Amodeo v. Rachlin Cohen & Holtz, LLP

United States Bankruptcy Court
Middle District of Florida, Orlando Division
Adversary Proceeding No. 6:08-ap-227-KSJ
Mirabilis Ventures, Inc. v. Buchanan, Ingersoll & Rooney, P.L.

United States District Court
Middle District of Florida, Orlando Division
Case No. 6:09-cv-1788-GAP-DAB
Mirabilis Ventures, Inc. v. Palaxar Group, LLC

United States Bankruptcy Court
Middle District of Florida, Orlando Division
Adversary Proceeding No. 6:08-ap-228-KSJ
Mirabilis Ventures, Inc. v. James Moore & Co., P.L.

United States District Court
Middle District of Florida, Orlando Division
Case No. 6:09-cv-176-GAP-GJK
Mirabilis Ventures, Inc. v. James Moore & Co., P.L.

Orange County State Court
Case No. 48-2007-CA-013826
Mirabilis Ventures, Inc. vs. Stratis Authority Inc., et. al.

Orange County State Court
Case No. 48-2006-CA-005742
Mirabilis Ventures, Inc. vs. Lowder, Robert, et. al.

Broward County State Court
Case No. 2007-CA-011827
Mirabilis Ventures, Inc. vs. Jeffrey Reichel

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: December 4, 2009.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by either electronic noticing or U.S. Mail upon Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, FL 32751; Robert C. Widman, Esq., Morris & Widman, P.A., 245 N. Tamiami Trail, Suite E, Venice, FL 34285; and Joseph H. Varner, Esq., Holland and Knight, LLP, 100 N. Tampa Street, Suite 4100, Tampa FL 33602; and to the Office of the U.S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 4th day of December, 2009.

BROAD AND CASSEL
Attorneys for Plaintiff
Suite 1400
390 North Orange Avenue
Orlando, Florida 32801
P. O. Box 4961 (32802-4961)
Phone: (407) 839-4200
Fax: (407) 650-0927

By: /s/ Nicolette Corso. Vilmos

Roy S. Kobert, P.A.
Florida Bar #: 777153
rkobert@broadandcassel.com
Todd K. Norman
Florida Bar No. 62154
tnorman@broadandcassel.com
Nicolette Corso Vilmos
Florida Bar No. 469051
nvilmos@broadandcassel.com

4837-6672-4101, v. 1

4837-6672-4101.1
43582/0005 sj