**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: MIRABILIS VENTURES, INC.**
**Bankruptcy Case No. 6:08-Bk-4327-KSJ**

_____

**MIRABILIS VENTURES, INC.,**

                **Plaintiff,**

**-vs-**                                               **Case No. 6:09-cv-1974-Orl-31DAB**

**BUCHANAN, INGERSOLL, & ROONEY,**
**P.L., SAXON, GILMORE, CARRAWAY,**
**GIBBONS, LASH & WILCOX, P.A. and**
**HANS CHRISTIAN BEYER,**

                **Defendants.**

_____

**ORDER**

This case is before the Court on Defendants Saxon, Gilmore, Carraway & Gibbons, P.A.'s and Hans Christian Beyer's Motion for Summary Judgment (Doc. No. 22). The Plaintiff will be allowed until **May 24, 2010**, to file it's responsive memorandum and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). Defendants may file a reply brief, not exceeding ten (10) pages, within 14 days after the response is served. **The parties are directed to provide chambers with a courtesy**

**paper copy of any exhibits electronically filed in support of their papers.**[1]

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 22, 2010.

Copies furnished to:

Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court prefers any depositions to be provided in 4 page miniscript.