# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: MIRABILIS VENTURES, INC.**
**Bankruptcy Case No. 6:08-Bk-4327-KSJ**

_____

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:09-cv-1974-Orl-31DAB**

**SAXON, GILMORE, CARRAWAY,**
**GIBBONS, LASH & WILCOX, P.A. and**
**HANS CHRISTIAN BEYER,**

        **Defendants.**

_____

## ORDER

The matter is before the Court *sua sponte*. On January 29, 2010, the Plaintiff filed a Second Amended Complaint (Doc. No. 18-1). The caption on the pleading lists Buchanan, Ingersoll & Rooney, P.L. as defendants in the case however they are not mentioned anywhere in the complaint. It is therefore

**ORDERED** that all further pleadings filed by the parties shall be styled using the caption above. The Clerk is directed to terminate Buchanan, Ingersoll & Rooney, P.L. as a party to this action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 10, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE