UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-Bk-4327-KSJ

MIRABILIS VENTURES, INC.

     Plaintiff,

v.                                                                                          Case No.6:09-CV-1974-Orl-31DAB

BUCHANAN, INGERSOLL, & ROONEY, P.L.,
SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH &WILCOX, P.A. and HANS
CHRISTIAN BEYER,

     Defendants.

_____/

## DEFENDANTS SAXON, GILMORE, CARRAWAY & GIBBONS, P.A.'S
## AND HANS C. BEYER'S NOTICE OF FILING MOTIONS FOR SANCTIONS

Defendants Saxon, Gilmore, Carraway & Gibbons, P.A. and Hans C. Beyer give notice

of filing the following Motions for Sanctions (the "Motion"), pursuant to Rule 11, Federal Rules

of Civil Procedure:

1.     Motion for Sanctions and Incorporated Memorandum of Law, served on Elizabeth

A. Green, Esq. and Jimmy D. Parrish, Esq. of the Law Firm of Latham Shuker Eden & Beaudine,

LLP on February 18, 2009. A copy of the Motion is attached as Exhibit "A."

2.     Second and Supplemental Motion for Sanctions and Incorporated Memorandum

of Law, served on Elizabeth A. Green, Esq. and Jennifer S. Eden, Esq. of the Law Firm of

Latham Shuker Eden & Beaudine, LLP on May 20, 2009. A copy of the Motion is attached as

Exhibit "B."

3.      Motion for Sanctions and Incorporated Memorandum of Law served on Robert C. Widman, Esq. of Morris & Widman, P.A. and Roy S. Kobert, Esq. and Todd K. Norman, Esq. of Broad and Cassel on March 9, 2010.  A copy of the Motion is attached as Exhibit "C."

4.      Defendants acknowledge that the May 20, 2009, motion and the March 9, 2010, motion exceed the 25-page limit imposed by Local Rule 3.01(a) by two and one pages respectively.  Defendants are contemporaneously filing a motion to exceed the page limit.

s/Joseph H. Varner, III
Joseph H. Varner, III
*Trial Counsel*
Florida Bar No. 394904
joe.varner@hklaw.com
Justin L. Dees
Florida Bar No. 048033
justin.dees@hklaw.com
HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, FL   33601-1288
(813) 227-8500
(813) 229-0134 (facsimile)
Attorneys for Saxon, Gilmore, Carraway,
  & Gibbons,  P.A. and Hans C. Beyer

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2010, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

Robert C. Widman, Esq.
Widmor48@mwk-law.com
Morris & Widman, P.A.
245 N. Tamiami Trail, Suite E
Venice, FL 34285
PH:  941-484-0646
FX:  941-496-8870
Attorneys for Plaintiff

Roy S. Kobert, Esq.
rkobert@broadandcassel.com
Todd K. Norman, Esq.
tnorman@broadandcassel.com
Broad and Cassel
390 North Orange Ave., Suite 1400
Orlando, FL 32801
PH:  407-839-4200
Attorneys for Plaintiff

Jennifer S. Eden, Esq.
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 33602
jeden@lseblaw.com
*Via Electronic Mail and U.S. Mail*

Elizabeth A. Green, Esq.
Baker Hostetler
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
egreen@bakerlaw.com
*Via Electronic Mail and U.S. Mail*

s/Joseph H. Varner, III
Attorney

# 9543831_v1