UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-Bk-4327-KSJ
_____

MIRABILIS VENTURES, INC.

      Plaintiff,

v.                                       Case No. 6:09-cv-1974-Orl-31DAB

BUCHANAN, INGERSOLL, & ROONEY, P.L.,
SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH & WILCOX, P.A., and HANS
CHRISTIAN BEYER,

      Defendants.
_____/

**ELIZABETH A. GREEN'S, AS FORMER COUNSEL FOR MIRABILIS
VENTURES, INC., UNOPPOSED MOTION TO EXTEND DEADLINE
FOR RESPONSE TO DEFENDANTS' NOTICE OF FILING
<u>MOTIONS FOR SANCTIONS (DOC. NO. 36)</u>**

Elizabeth A. Green, Esq., by and through her undersigned counsel, moves the Court for

an order extending the time within which she must serve her response to the Notice of Filing

Motion for Sanctions and Incorporated Memorandum of Law and Second and Supplemental

Motion for Sanctions and Incorporated Memorandum of Law (Doc. No. 36) (the "Motions")

filed by Defendants, SAXON, GILMORE, CARRAWAY & GIBBONS, P.A. ("Saxon

Gilmore") and HANS C. BEYER (collectively "Defendants"), to July 23, 2010. The grounds for

this motion are set forth in the following motion and memorandum of law, pursuant to Local

Rule 3.01(a).

## MOTION AND MEMORANDUM OF LAW

1.　　Defendants filed their Motions on June 22, 2010.  (Doc. No. 36).  Pursuant to Local Rule 3.01(b), Ms. Green's response to the Motions is due to be served and filed on Tuesday, July 6, 2010.

2.　　Under Federal Rule of Civil Procedure 6(b), the Court may extend the deadline for good cause.  The undersigned counsel for Ms. Green seeks an extension of time to serve and file a response and a supporting memorandum of law through and including Friday, July 23, 2010.

3.　　The undersigned counsel had no connection to this matter prior to June 22, 2010. An extension of time is necessary to allow the undersigned counsel to familiarize himself with the case history and the legal and factual basis for the motion in order to prepare an appropriate response to the serious charges leveled in the Motions.  Mr. Linscott will be in Jacksonville, Florida for all-day depositions on June 30 and July 1.  Additionally, the current due date for Ms. Green's response falls immediately after the Independence Day holiday weekend, which would further complicate the undersigned counsel's efforts to prepare an appropriate response.  This request for extension of time is made in good faith and not for purposes of delay.

4.　　Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Defendants' counsel in a good faith effort to resolve the issues raised by this motion and certifies to the Court that Defendants' counsel has consented to and has no objection to the requested extension of time.

WHEREFORE, for the reasons stated herein, Elizabeth A. Green, Esq. requests that this Court enter an order extending the time period for serving and filing her response to the Motions until Friday, July 23, 2010.

Respectfully submitted this 28th day of June, 2010.

> s/Jerry R. Linscott
> Jerry R. Linscott, Esquire
> Florida Bar No. 148009
> E-mail: jlinscott@bakerlaw.com
> **BAKER & HOSTETLER, LLP**
> 2300 SunTrust Center
> 200 South Orange Avenue
> Post Office Box 112
> Orlando, Florida  32802
> Telephone: (407) 649-4000
> Telecopier:  (407) 841-0168
> Attorney for Elizabeth A. Green, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of June, 2010, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Joseph H. Varner, III
joe.varner@hklaw.com
Justin L. Dees
justin.dees@hklaw.com
HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, FL 33601-1288
(813)227-8500
Attorneys for Defendants

Robert C. Widman, Esq.
Widmor48@mwk-law. com
Morris & Widman, P.A.
245 N. Tamiami Trail, Suite E
Venice, FL 34285
PH: 941-484-0646
FX: 941-496-8870
Attorneys for Plaintiff

Roy S. Kobert, Esq.
rkobert@broadandcassel.com
Todd K. Norman, Esq.
tnorman@broadandcassel.com
Broad and Cassel
390 North Orange Ave., Suite 1400
Orlando, FL 32801
PH: 407-839-4200
Attorneys for Plaintiff

Jennifer S. Eden, Esq.
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 33602
jeden@lseblaw.com

_s/Jerry R. Linscott_
Jerry R. Linscott, Esquire
Florida Bar No. 148009
E-mail: jlinscott@bakerlaw.com
**BAKER & HOSTETLER, LLP**
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida  32802
Telephone: (407) 649-4000
Telecopier:  (407) 841-0168
Attorneys for Elizabeth A. Green, Esq.

009900, 001102, 502923668.1