**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 6:09-cv-01974-GAP-DBA** |
| **MIRABILIS VENTURES, INC.** | **Bkry. Case No. 6:08-bk-04327-KSJ** |
| **Debtor.** / | |
| **MIRABILIS VENTURES, INC.,** | |
| **Plaintiff,** | |
| v. | **Case No.: 6:09-cv-01974-GAP-DAB** |
| **SAXON, GILMORE, CARRAWAY, GIBBONS, LASH & WILCOX, P.A., and HANS CHRISTIAN BEYER,** | |
| **Defendants.** / | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE ON**
**BEHALF OF LATHAM, SHUKER, EDEN**
**& BEAUDINE, LLP AND JENNIFER S. EDEN, ESQ.**

PLEASE TAKE NOTICE that the undersigned hereby appears for Latham, Shuker, Eden & Beaudine, LLP and Jennifer S. Eden, Esq., former counsel for Mirabilis Ventures, Inc. in this proceeding, with respect to the Defendants Saxon, Gilmore, Carraway & Gibbons, P.A. and Hans C. Beyer's Motions for Sanctions and Incorporated Memorandum of Law (Doc. Nos. 41, 42), and request that all notices given or required to be given in this case, and

all papers served or required to be served in this case, be given to and served upon the undersigned.

DATED this 30th day of June, 2010.

/s/ R. Scott Shuker
R. Scott Shuker, Esq. (*Trial Counsel*)
Florida Bar No. 984469
Mariane L. Dorris, Esq.
Florida Bar No. 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802)
Orlando, Florida  32801
Telephone:  (407) 481-5800
Facsimile:  (407) 481-5801
rshuker@lseblaw.com
mdorris@lseblaw.com
Attorneys for Latham, Shuker, Eden & Beaudine, LLP and Jennifer S. Eden, Esq.

Case 6:09-cv-01974-GAP-DAB    Document 44    Filed 06/30/10    Page 3 of 3

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **In re:** | **Case No.: 6:09-cv-01974-GAP-DBA** |
| **MIRABILIS VENTURES, INC.** | |
| | **Bkry. Case No. 6:08-bk-04327-KSJ** |
| **Debtor.** | |
| _____/ | |
| **MIRABILIS VENTURES, INC.,** | |
| **Plaintiff,** | |
| v. | **Case No.: 6:09-cv-01974-GAP-DAB** |
| **SAXON, GILMORE, CARRAWAY, GIBBONS, LASH & WILCOX, P.A., and HANS CHRISTIAN BEYER,** | |
| **Defendants.** | |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Joseph H. Varner, III and Justin L. Dees, attorneys for Defendants, HOLLAND & KNIGHT LLP, P.O. Box 1288, Tampa, Florida 33601-1288; Robert C. Widman, attorney for Plaintiff, MORRIS & WIDMAN, P.A., 245 N. Tamiami Trail, Suite E, Venice, Florida 34285; Roy S. Kobert and Todd K. Norman, attorneys for Plaintiff, BROAD & CASSEL, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801; and Jerry R. Linscott, attorney for Elizabeth A. Green, BAKER & HOSTETLER, LLP, 2300 Sun Trust Center, 200 South Orange Avenue, P.O. Box 12, Orlando, Florida 32802.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire

3    U:\Bkry\Mirabilis\Adversary\Saxon Gilmore\PLD\lseb noa.wpd