UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-Bk-4327-KSJ

_____

MIRABILIS VENTURES, INC.,

                Plaintiff,

-vs-                                        Case No.: 6:09-cv-1974-Orl-31DAB

SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH & WILCOX, P.A. and HANS CHRISTIAN
BEYER,

                Defendants.
_____

## PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Plaintiff moves the Court on the following grounds for permission to exceed the page limits provided by Local Rule 3.01(a):

1. On June 22, 2010, Defendants filed three Motions for Rule 11 Sanctions. The third Motion as to the filing of the Second Amended Complaint in this cause was against Plaintiff's attorneys Kobert, Widman and their respective law firms (the Motion).

2. In connection with the Motion, Defendants requested and Plaintiff did not object to their exceeding the Rule page limit.

3. Plaintiff has now prepared a Response to the Motion which totals 20 pages. However, the Response refers to critical documentation including an index of the documents reviewed by Professor David Richardson and his CV which number 13 pages and thus exceeds the twenty pages permitted by Local Rule 3.01(d).

4.	The Motion is a Rule 11 Motion for Sanctions against Plaintiff's attorneys on a very complicated underlying factual case which, in order for Plaintiff's attorneys to adequately defend themselves, requires that the Plaintiff bring to the Court, as a minimum, the attachments set forth in the proposed Response so that the Court will have before it a clear understanding of said attorneys' positions in opposing the Motion.

5.	Plaintiff's attorneys would be severely prejudiced if they are not able to adequately defend themselves in connection with this Rule 11 Motion.

WHEREFORE Plaintiff requests that it be permitted to file the aforesaid attachments that total 13 pages constituting an index of documents relied upon by Professor Richardson in his report and his C.V.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), shortly before filing this Motion, undersigned counsel communicated with opposing counsel to determine whether they would oppose this Motion. Defendants' counsel, Joseph H. Varner, III, has advised that they do not oppose this Motion.

Dated:  July 2, 2010

and

__/s/Robert C. Widman_____
Robert C. Widman
Florida Bar No.: 0170014
Counsel for Plaintiff
MORRIS & WIDMAN, P.A.
245 N. Tamiami Trail, Ste. E
Venice, FL  34285
Telephone: (941) 484-0646
Facsimile: (941) 496-8870
E-mail address: widmor48@mwk-law.com

Todd K. Norman
Florida Bar No.: 62154
E-mail address: tnorman@broadandcassel.com
Roy S. Kobert
Florida Bar No.: 777153
E-mail address: rkobert@broadandcassel.com

>Co-Counsel for Plaintiff
>BROAD AND CASSEL
>390 North Orange Avenue
>Suite 1400
>Orlando, Florida 32801
>P.O. Box 4961
>Orlando, Florida 32802
>Telephone: (407) 839-4200
>Facsimile: (407) 650-0927

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system.

>/s/Robert C. Widman
>Robert C. Widman
>Florida Bar No.: 0170014
>Counsel for Plaintiff
>MORRIS & WIDMAN, P.A.
>245 N. Tamiami Trail, Ste. E
>Venice, FL  34285
>Telephone: (941) 484-0646
>Facsimile: (941) 496-8870
>E-mail address: widmor48@mwk-law.com