UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-Bk-4327-KSJ

MIRABILIS VENTURES, INC.,

    Plaintiff,

-vs-                                          Case No.: 6:09-cv-1974-Orl-31DAB

SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH & WILCOX, P.A. and HANS CHRISTIAN
BEYER,

    Defendants.

## PLAINTIFF'S NOTICE OF FILING

Plaintiff MIRABILIS VENTURES, INC. gives notice of filing Exhibits A and B to the Expert Witness Report of David M. Richardson filed in Plaintiff's Response to Defendants' Motion for Sanctions.

Dated: 7-6-10

/s/ Robert C. Widman
Robert C. Widman
Florida Bar No.: 0170014
Counsel for Plaintiff
MORRIS & WIDMAN, P.A.
245 N. Tamiami Trail, Ste. E
Venice, FL 34285
Telephone: (941) 484-0646
Facsimile: (941) 496-8870
E-mail address: widmor48@mwk-law.com

and

Todd K. Norman
Florida Bar No.: 62154
E-mail address: tnorman@broadandcassel.com
Roy S. Kobert
Florida Bar No.: 777153

E-mail address: rkobert@broadandcassel.com
Co-Counsel for Plaintiff
BROAD AND CASSEL
390 North Orange Avenue
Suite 1400
Orlando, Florida 32801
P.O. Box 4961
Orlando, Florida 32802
Telephone: (407) 839-4200
Facsimile: (407) 650-0927

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system.

/s/Robert C. Widman
Robert C. Widman
Florida Bar No.: 0170014
Counsel for Plaintiff
MORRIS & WIDMAN, P.A.
245 N. Tamiami Trail, Ste. E
Venice, FL 34285
Telephone: (941) 484-0646
Facsimile: (941) 496-8870
E-mail address: widmor48@mwk-law.com

1. Single page printed from online Internal Revenue Manual – 9.13 Criminal Statutory Provisions and Common Law, p. 1 of 11. (IRS.gov).

2. EMAL FROM JIM BAIERS; SUBJECT: RE: "FW: Employment tax opinion for your review." Attachment noted on email: "Opinion letter to James E. Baiers." TO: Craig Vandenburg & Chris O'Connor; DATE: 4/14/05; Attachement is copy of 4/14/05 draft opinion letter from Kevin M. Flynn, Esq. of the firm Kostelanetz & Fink, LLP.

3. MEMORANDUM #27 – EXECUTIVES AND PROFESSIONALS RELYING ON AMODEO IS UNREASONABLE. Draft; five (5) pages including:

    I. Question
    II. Answer
    III. Analysis (20 sections)

4. MEMORANDUM #28 – PROFESSIONAL COMPETENCY; Draft, five (5) pages including:

    I. Accountants & Auditors (9 sections)
    II. Attorneys & Law Firms (16 sections)
    III. Consultants & Experts (5 sections)
    IV. Commercial Banks (5 sections)
    V. Investment Banks (4 sections)

5. MEMORANDUM #3 – STATEMENT AND TIMELINE OF GOVERNMENT CONTACTS- Draft; four (4) pages.

6. HANS BEYER – DRAFT PURPOSES ONLY – 02/18/08. Two page statement describing activities of Hans Beyer beginning "In or about January 2006."

7. B. DEPO. Single page of 4 sections listing – Pages 177, 178, 179 & 180 of questions and answers. Vincente M. Lucente & Associates.

8. MEMORANDUM (summary consists of mental impressions created in anticipation for litigation relevant to interactions with Hans Beyer and his representation of Frank Amodeo.") Eleven (11) pages. Begins "1. Hans Beyer ("BEYER") is a citizen and resident of Hillsborough County, Florida..."

9. MEMO FROM Bill Cuthill; RE: MVI v Buchanan, et al.; TO: Liz Green, Jennifer Eden, Jimmy Parish & Justin Luna; DATE: 4/4/2010; 2 pages.

10. MEMO FROM Bill Cuthill; RE: MVI v Buchanan et al.; TO: Liz Green, Jennifer Eden, Jimmy Parish & Justin Luna; DATE: 11/24/2009; 2 pages.

11. MEMO FROM Bill Cuthill; RE: MVI v Buchanan et al.; TO: Liz Green, Jennifer Eden, Jimmy Parish & Justin Luna; DATE: 10/27/2009; 2 pages.

12. MIRABILIS VENTURES, INC., CONFIDENTIAL MEMORANDUM; SUBJECT: Entities and People relevant to certain transactions; FROM: Hans Beyer; TO: File; DATE: 1/16/2006; FILE: Presidion Solutions, Inc.; Eleven (11) pages.

Exhibit A

13. MIRABILIS VENTURES, INC., CONFIDENTIAL MEMORANDUM; SUBJECT: Tasks and open issues; FROM: Hans Beyer; TO: File; DATE: 1/16/2006; FILE: Presidion Solutions, Inc.; Three (3) pages.

14. EMAIL FROM: Sharmila Khanorkar; SUBJECT: MVI insurance payments; DATE SENT: Thursday, November 30, 2006; TO: Kevin Leonard; cc: Hans Beyer; One (1) page.

15. FWD EMAIL correspondence – FROM: Chad Walters; SUBJECT: FW disclosure of payments. SENT: Thursday, August 17, 2006; TO: Hans Beyer; one (1) page 1. (Others receiving same email were Chad Walters, Mark Bernet, Jeff Warren, Tom Lash, Frazier Carraway and Frank Hailstones.).

16. COURT DOCUMENT – AMENDED COMPLAINT:

    UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION. In Re: Mirabilis Ventures, Inc. Debtor; Mirabilis Ventures, Inc., Plaintiff v. SAXON, GILMORE, CARRAWAY, GIBBONS, LASH & WILCOX, P.A.; and HANS C. BEYER, An individual and as Attorney/Agent with SAXON, GILMORE, CARRAWAY, GIBBONS, LASH AND WILCOX, Defendants. AMENDED COMPLAINT. Case No. 6:08-bk-04327-KSJ, Chapter 11, Adv. Pro. No. 6:08-ap-00227-KSJ

    (Other court documents and copies of correspondence follow and are included in this material):

17. COURT DOCUMENT – SECOND AMENDED COMPLAINT:

    UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION. In Re: Mirabilis Ventures, Inc. Debtor; Mirabilis Ventures, Inc., Plaintiff v. RICHARD E. BERMAN, an individual and as Attorney with BERMAN, KEAN & RIGUERA, P.A.; BERMAN, KEAN & RIGUERA, P.A., A Florida limited liability company; and ELENA WILDERMUTH, an individual and attorney with BERMAN, KEAN & RIGUERA, P.A., Defendants. SECOND AMENDED COMPLAINT. Case No. 6:08-bk-04327-KSJ, Chapter 11, Adv. Pro. No. 6:08-ap-00222-KSJ

    (Other court documents and copies of correspondence follow and are included in this material):

18. Transcript of Videotaped Deposition of HANS CHRISTIAN BEYER. United States District Court, Middle District of Florida, Orlando Division, Case No. 6:09-cv-1974-Orl-31DAB. Pages 1-221. Vincent M. Lucente & Associates.

19. Title Page & List of Authors from book "Tax Crimes," by John A. Townsend, Larry A. Campagna, Steve Johnson, Scott A. Schumacher (Lexis/Nexis).

20. Title Page from book "Civil Tax Procedure," by David A. Richardson, Jerome Borison, Steve Johnson (Lexis/Nexis).

21. SUPPORTING MEMORANDUM (Draft 10). TO: Frank Amodeo; FROM: Lawrence Haber, Esq., Legal Counsel, Matthew Porter, Paralegal; DATE: March 15, 2005; RE: Third Party Liability for Non-Payment of Payroll Taxes. (Page footer: Memorandum of Law 26 U.S.C. 6672 & 3505). Pages 1-8 and 10-12, page 9 is missing.

22. MEMORANDUM #1. Seven (7) pages numbered 1 of 8, page 7 is missing.

23. SUPPORTING MEMORANDUM. ISSUE STATEMENT ... which individuals or entities are responsible for non-payment of a corporation's employees' payroll taxes? Page footer: Memorandum of Law.

24. U.S.C. 6672 & 3505). Pages 1-12 followed by unnumbered APPLICATION OF FACTS-INDIVIDUAL LIABILITY.

25. EMAIL FROM TESSAH IVEY; SUBJECT: RE: Trust Fund Taxes; TO: Jim Baiers, Craig Vanderburg, Chris O'Connor; CC: Matt Porter; SENT: Thursday, March 17, 2005; PAGE 1 of 1 of 2: Correspondence includes forwarded emails and copy of SUPPORTING MEMORANDUM (Draft 10). TO: Frank Amodeo; FROM: Lawrence Haber, Esq., Legal Counsel, Matthew Porter, Paralegal; DATE: March 15, 2005; RE: Third Party Liability for Non-Payment of Payroll Taxes. (Page footer: Memorandum of Law 26 U.S.C. 6672 & 3505). Pages 1-8 and 10-12, page 9 is missing.

26. FIRM MEMORANDUM from Elena Wildermuth of BERMAN, KEAN & RIGUERA, P.A.; RE: Extent of Frank Amodeo's exposure to liability under IRC 6672 per his answer to item #6, p. 1, of Form 4189. TO: Sharmila Khanorkar; DATED: September 29, 2006. Six (6) pages with footnotes.

27. FIRM FAX from ELENA WILDERMUTH of BERMAN, KEAN & RIGUERA, P.A.; RE: General Matters; TO: Frank Amodeo; Date: April 14, 2005; COMMENTS: Updated Tax Memorandum is attached. Attached document is a 10 page MEMORANDUM (with footnotes); RE: Third Party Liability for non-payment of payroll taxes pursuant to I.R.C. §6672; TO: Frank Amodeo.

28. MEMORANDUM from FRANK AMODEO: SUBJECT: SUNSHINE COMPANIES; TO: Richard Berman, Esq.,: DATE: 1/4/2005; PRIVILEGED TO: Laurie Holtz, Matthew Druckman, A. Kenneth Levine, Sharmila Khanorkar, Morris Hollander, David Appel, Hans Beyer, Esq., Edit Broadhead, Esq., Charles Rahn. Title: Sunshine Matter Timetable. Two (2) pages including note to "Craig" at the end of memo.

29. FILE NOTE FROM Aaron Bates. RE: Telephone conference with Craig Vanderburg ("Vanderburg") regarding reliance memorandum; TO: File; CC: Shane Williams; DATE: June 28, 2007. Two (2) pages.

30. SUPPORTING MEMORANDUM: ISSUE STATEMMENT – Under United States Code 26 U.S.C. 6672, which individuals or entities are responsible for non-payment of a corporation's employees' payroll taxes? 12 pages. (Page footer: Memorandum of Law 26 U.S.C. 6672 & 3505).

31. FAX from JIM BAIERS; RE: Presidion; TO: Karen Floyd; Date: 4/21/05. Mark up of 11 page Opinion from Kevin M. Flynn of Kostelanetz & Fink, LLP.

32. FIRM MEMORANDUM from ELENA WILDERMUTH of BERMAN, KEAN & RIGUERA, P.A.; RE: Relationship between current trust fund obligations, after acquired funds and "willfulness" under I.R.C. § 6672; TO: Frank Amodeo; DATED: September 29, 2006. Twenty (20) pages with footnotes.

33. FIRM MEMORANDUM from ELENA WILDERMUTH of BERMAN, KEAN & RIGUERA, P.A.; RE: Relationship between current trust fund obligations, after acquired funds and "willfulness" under I.R.C. § 6672; TO: Frank Amodeo; DATED: February 1, 2006. Twenty (20) pages with footnotes.

34. MEMORANDUM F – SALE OF SOLUTIONS. Heading: Divestiture of the Remaining Presidion PEO Assets. Draft; two (2) page document with footnotes.

35. MEMORANDUM B – BUSINESS PURPOSE STATEMENT. Headings: Introduction, Amodeo, Mirabilis, Conclusion. Draft; four (4) page document.

36. MEMORANDUM E – SUNSHINE COMPANIES DIVESTITURE. Summary of the Sunshine Companies divestiture from Presidion Corporation. Draft; two (2) page document with footnotes.

37. MEMORANDUM G – AEM dba MIRABILIS HR. Summary of the transactional history between AEM, Inc. ("AEM") and certain Presidion subsidiaries; more specifically, a summary of AEM's involvement in the overall Presidion reorganization strategy. Draft; three (3) page document with footnotes.

38. MEMORANDUM H – BCA AGREEMENTS. Summary of certain events leading up to, and involving, the BCA Professional Services, Inc., a Pennsylvania corporation, and BCA Employee Management Group, Inc., a Pennsylvania corporation, (collectively "BCA") transaction. Draft; three (3) pages with footnotes.

39. MEMORANDUM C – PRE-PRESIDION COMPANIES. Summary of the Sunshine Companies prior to becoming involved with Presidion. Draft; two (2) pages with footnotes.

40. FIRM CONFIDENTIAL MEMORANDUM from ELENA WILDERMUTH of BERMAN, KEAN & RIGUERA, P.A.; RE: Evaluation of the "Original Obligations" included in the Debt Refinancing Agreement; TO: Mirabilis Ventures, Inc. DATED: November 2, 2006. First Heading: DEBT REFINANCING AGREEMENT BACKGROUND; Fifteen (15) pages with footnotes.

41. MEMORANDUM. Summary of mental impressions created in anticipation for litigation relevant to interactions with Laurie Holtz and his representation of Frank Amoedo. Twelve (12) pages with fifty-one (51) sections including footnotes.

42. MEMORANDUM. Summary of mental impressions created in anticipation for litigation relevant to interactions with Richard Berman and his representation of Frank Amoedo. Eleven (11) pages with forty-six (46) sections.

43. COURT DOCUMENT – DEFENDANT'S SENTENCING MEMORANDUM

   UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION. UNITED STATES OF AMERICA V. FRANK L. AMODEO

   Case No. 6:08-cr-176-Orl-28GJK; One hundred twenty-three (123) pages.

44. COURT DOCUMENT – COMPLAINT (action for compensatory damages against Defendant; filed by Elizabeth Green, Jennifer Eden & Jimmy D. Parish of Latham, Shuker, Eden & Beaudine, LLP)

   UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION. In Re: MIRABILIS VENTURES, INC. Debtor, MIRABILIS VENTURES, INC., Plaintiff, v. RACHLIN COHEN & HOLTZ, LLP, a Florida Limited Liability partnership nka RACHLIN, LLP; LAURIE S. HOLTZ, an individual; and JOSE I. MARRERO, an individual, Defendants.

   Case No. 6:08-bk-04237-KSJ; Chapter 11; ADV. PRO. NO.; Twenty-two (22) pages.

45. COURT DOCUMENT – SECOND AMENDED COMPLAINT (action for compensatory damages against Defendant; filed by R. Scott Shuker and Jennifer Eden of Latham, Shuker, Eden & Beaudine, LLP (with Certificate of Service included).

UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION. In Re: MIRABILIS VENTURES, INC. Debtor, MIRABILIS VENTURES, INC., Plaintiff, v. JAMES MOORE & CO., P.A., a Florida Limited Liability corporation, and E. JAY HUTTO, an individual, Defendants.

Case No. 6:08-bk-04237-KSJ; Chapter 11; ADV. PRO. NO. 6:08-ap-00228-KSJ Fourteen (14) pages with Twenty-six (26) pages of Exhibit "A" included.

46. EMAIL FROM TESSAH IVEY (with ATTACHMENT); SUBJECT: FW: Executed Final version of the "tax memo" in PDF. Attachments: 6919.pdf; TO: Craig Vanderburg; Jim Baiers; SENT: Friday, May 6, 2005. Includes forwarded email from Elena Wildermuth of Berman, Kean & Riguera referencing signed copy of Tax Memo re: 6672. Attached document is SIGNED ten (10) page FIRM MEMORANDUM from Elena Wildermuth; TO: AQMI Strategy Corporation; RE: Third Party Liability for Non-Payment of Payroll Taxes pursuant to I.R.C. §6672.

47. MEMORANDUM #1 – Reliance on Professionals and Government. Draft; six (6) pages including footnotes.

48. MEMORANDUM #1 – Paysource Transaction. (Summary of the events surrounding the transition of the Presidion/Mirabilis professional employer organization companies and assets to Paysource, Inc.) Draft; four (4) pages with footnotes.

49. MEMORANDUM #2 – Transparency to Professionals and Government. Draft; three (3) pages.

50. MEMORANDUM #4 – Statement of Mitigation including Asset Recovery. Refers to Mirabilis Ventures, Inc. and its affiliates initiating shut down operations beginning on or about January 2007. Three (3) pages with footnotes.

51. MEMORANDUM #8 – Ownership, Governance, and Control of Mirabilis. Summary of the Corporate Governance practices of Mirabilis Ventures, Inc. Draft; two (2) pages.

52. MEMORANDUM #9 – AEM Control Memo. Refers to AEM ownership of contracts referred to as the "Presidion Book of Business." Two (2) pages.

53. MEMORANDUM #11 – Control of Presidion Corp Summary. Summary describes those certain individuals and certain entities that had ownership, governance and control of Presidion Corporation, a Florida public corporation ("Presidion). Two (2) pages with footnotes.

54. MEMORANDUM #12 – Voidability of the Sale of Presidion Solutions, Inc. to Wellington. Summary of Wellington Capital Group Inc.'s ("Wellington") stock purchase of Presidion Solutions, Inc. ("Presidion Solutions") and Paradyme, Inc. ("Paradyme"). Draft; 2 pages with footnotes.

55. MEMORANDUM #13 – Control of Payroll Tax Collections and PEO Bank Account. Summary that details the events surrounding, and the people that had control over, the Payroll Tax Collections and the various PEO Bank Accounts. Draft; two (2) pages.

56. MEMORANDUM #17 – ESAC Communications. Summary of knowledge, actions and events surrounding the Employer Services Assurance Corporation ("ESAC") licensing issues in connection with the various Professional Employer Organizations ("PEO's") entities owned by Presidion Solutions, Inc., a Florida corporation ("Presidion"), and those PEO's owned by Mirabilis Ventures, Inc., a Nevada corporation ("Mirabilis").

57. MEMORANDUM #18 – MOCK DEPOSITION. Summary of the events surrounding the "Mock Deposition" of Frank Amodeo. Draft; Two (2) pages with footnotes.

58. MEMORANDUM #20 – Debt Refinancing Agreement. Summary details the events surrounding, and the purpose for, the Mirabilis Ventures, Inc. Debt Refinancing Agreement. Two (2) pages.

59. MEMORANDUM #22 – Purpose and Use of the Presidion Irrevocable Proxies. Summary details the purpose of the Presidion Corporation Irrevocable Proxies. Two (2) pages.

60. MEMORANDUM #23 – Tax Memo History. Memo begins "On or about October 18, 2004, Frank Amodeo ("Amodeo") was retained by Presidion Corporation ("Presidion") in an effort to reorganize Presidion and address Presidion's mounting payroll tax liabilities." Two (2) pages with footnotes.

61. MEMORANDUM #24 – Star Wars. Summary discussing Frank Amodeo and certain mental health disorders which Mr. Amodeo has been diagnosed with, and how professionals working for Mr. Amodeo, with the knowledge of such disorders, inadequately represented his interests. Draft; four (4) pages with footnotes.

62. MEMORANDUM #25 – Purpose and Use of The Presidion Reserve Accounts. Summary of the transactions involved in connection with Presidion Solutions, Inc.'s reserve bank account at First Southern Bank, Boca Raton, Florida, Account No. 2058256506 (the "Reserve Account"). Three (3) pages with footnotes.

63. MEMORANDUM #26 - Purpose and Use of the Sunshine Limited Power of Attorney. HEADING: Amodeo's Fees Resulting from Completion of the Sunshine Companies Plan. Draft; four (4) pages with footnotes.

64. MEMORANDUM #29 – DVR Catalog Index. Summary of the DVR Catalog Index for Mirabilis Ventures, Inc., and its related companies (collectively "Mirabilis"). The summary describes the quantity of cameras, number of digital video recorders ("DVRs"), locations of the cameras and number of hours of videos. Draft; two (2) pages.

65. MEMORANDUM #30 – Document Inventory. Summary of the Document Inventory and Storage for the Sunshine Companies, Presidion Solutions, Inc., Mirabilis Ventures, Inc., and their respective affiliate, parent and subsidiary companies (the "Companies"), from late 2000 through the end of 2006. The summary describes the quantity of documents currently being maintained, how they are being maintained, and the structure of the dababase system for all electronic documents. Draft; three (3) pages.

66. AFFADAVIT - DANIEL L. MYERS. Signed August 17, 2009. Three (3) pages.

67. AFFADAVIT - YANIV AMAR. Signed September 3, 2009. Three (3) pages.

68. TIMELINE - RICHARD BERMAN. Notes activities including but not limited to communications, actions, meetings, travels and other activities between November 29, 2004 – December 15, 2006.

69. TIMELINE - HANS BEYER. Notes activities including but not limited to communications, actions, meetings, travels and other activities between December 21, 2004 - November 30, 2006.

70. TIMELINE - ELENA WILDERMUTH. Notes communications between March 13, 2005 - November 2, 2006.

71. TIMELINE on TRANSPARENCY: Chronicles activities including but not limited to communications, actions, meetings, travels, payments, and other activities between November 30, 2004 – December 20, 2006.

72. DEPOSITION OF FRANK L. AMODEO. August 29, 2006. Pages 1-106 of deposition; List of attendees.

73. LETTER DATED 5/6/10 FROM DEBORAH J. ENGLAND of MORRIS & WIDMAN, PA: references 6 enclosed documents (1) Memorandum, (2) Common Paymaster Corp. Agreement; (3) Memo dated November 30, 2009 re: MVI v. Buchanan, et al.; (4) Bills that mention Hans Beyer and (5) Index of Analysis of Certain Transactions.

74. COVER PAGE – MIRABILIS v. SAXON GILMORE, et al. DEPOSITION EXHIBITS 1-78 [Except 1-6, 37, 55-58, 62-64, 74, 75].

75. EMAIL FROM BERNARD H. GENTRY (at Broad and Cassel); SUBJECT: Plaintiff's Memorandum of Law in Opposition to Defendants Motion for Summary Judgment.doc; TO: R W Cuthill Jr; Bob Widman; DATE: Tuesday, May 18, 2010, 5:10 PM: ATTACHMENTS: Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.doc. Attached material is a copy of a rough draft of the motion: IN RE: Mirabilis Ventures, INC. Bankruptcy Case No.: 6:08-Bk-4327-KSJ, Mirabilis Ventures, Inc., Plaintiff v. Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A. and Hans Christian Beyer, Defendants; Case No. 6:09-CV-1974-ORL-31DAB; Plaintiffs' Motion for a Postponement of Ruling on Defendants Saxon, Gilmore, Carraway & Gibbons, P.A.'s and Hans C. Beyer's Motion for Summary Judgment Pursuant to Rule 56(F), Federal Rules of Civil Procedure. Eighteen (18) pages.

76. AQMI STRATEGY CORPORATION - CONFIDENTIAL MEMORANDUM; TO: File: MVI and Nexia with Presidion Solutions, Inc.; FROM: Staff; DATE: October 31, 2006; SUBJECT: A summary of certain business transactions relevant to the recent restructuring of obligations owed by PSI to MVI. Four (4) pages.

77. FRANK L. AMODEO OWNED ENTITES (ORGANIZATIONAL CHART) 2006 (NOT ALL ENTITIES INCLUDED). One page.

78. Single Page "Hans Beyer," "Frank talked to them" and including sections relating topic of communication with others and also a section "others talked to them" including sections relating to topic of communication with others.

79. EMAIL FROM HANS CHRISTIAN BEYER; SUBJECT: Presidion Solutions – revised docs; TO: Tessah Ivey; CC: Bob Pollack; Dana Schult; Rachel Brown; Shane Williams: DATE: Thursday, December 22, 2005 6:25 PM; ATTACHMENTS: 05-11-22.MN.Presidion.BK schedules & stmt.pdf. Attached material is "schedules and statement of financial affairs...."

80. MEMO FROM Bill Cuthill; RE: MVI v Buchanan et al.; TO: Liz Green, Jennifer Eden, Jimmy Parish & Justin Luna; DATE: 11/30/2009; 2 pages.

81. Record of Financial transactions: PRESIDION SOULUTIONS, INC. TRANSFERS TO RESERVES FOR THE YEAR 2006. From Bank of America to Suntrust Bank. One page.

82. Record of Financial transactions: PRESIDION SOULUTIONS, INC. TRANSFERS TO RESERVES FOR THE YEAR 2005. From Bank of America to First Southern Bank. Two (2) pages.

83. Transcript of Videotaped Deposition of LAURIE S. HOLTZ, United States District Court, Middle District of Florida, Orlando Division, IN RE: MIRABILIS VENTURES, INC., Bankruptcy Case No. 6:08-BK-4327, Mirabilis Venture, Inc. Plaintiff, vs. Rachlin Cohen & Holtz, LLP, Laurie S. Holtz, and Jose I. Marrero, Defendants. Case No. 6:09-cv-271-Orl-31-DAB. Pages 1-172. Stenographically Reported by Debra Michalski, RPR.

84. Transcript of Videotaped Deposition of JOSE I. MARRERO, United States District Court, Middle District of Florida, Orlando Division, IN RE: MIRABILIS VENTURES, INC., Bankruptcy Case No. 6:08-BK-4327, Mirabilis Venture, Inc. Plaintiff, vs. Rachlin Cohen & Holtz, LLP, Laurie S. Holtz, and Jose I. Marrero, Defendants. Case No. 6:09-cv-271-Orl-31-DAB. Pages 1-140. Stenographically Reported by Debra Michalski, RPR.

85. Letter from COMMON PAYMASTER CORP. to Hans Christian Beyer, Esq., dated September 7, 2005; RE: Employment with Common Paymaster Corp. Begins "This exception letter agreement...." Four (4) pages.

86. MN/Presidion Solutions, Inc., Analysis of Certain Transactions. Last updated January 23, 2006, 175 Tab listings, Eleven (11) pages, (shown as Ex. 80 at bottom).

87. Several bills from BERMAN, KEAN & RIGUERA, PA TO Mirabilis Ventures, Inc. (statements included references to Miscellaneous Litigation, Synergy Manufacturing Technology, Community Health Solutions, Mirabilis, Inc., et al, Muzak LLC).

88. NEWSVINE article – Guilt by Reliance by Jack Roth. Six (6) pages.

89. BIOs of HANS CHRISTIAN BEYER (various publications/formats).

90. Internal Revenue Manual – 9.1.3 Criminal Statutory Provisions and Common Law. Eleven (11) pages.

91. COURT DOCUMENT – SUPERSEDING INDICTMENT. The Grand Jury Charges:

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION; UNITED STATES OF AMERICA V AEM, INC. dba MIRABILIS HR, AQMI STRATEGY CORPORATION, HOTH HOLDINGS, LLC, MIRABILIS VENTURES, INC., PRESIDION SOLUTIONS, INC., PROFESSIONAL BENEFIT SOLUTIONS, d/b/a/ PRESIDION SOLUTIONS VII, INC.;

Case No. 6:08-cr-231-Orl-28KRS; 18 U.S.C. § 371; 18 U.S.C. § 343; 18. U.S.C. § 981(a)(1)(C) – Forfeiture; 28 U.S.C. § 2461(c) – Forfeiture.

Filed 11/30/2009; Thirty-three (33) pages.

92. MEMORANDUM D – PRESIDION CORPORATION. Summary of Presidion Solution, Inc.'s reverse merger into the public shell MediaBus Networks, Inc. n/k/a Presidion Corporation. Headings: Presidion Merger and False Financial Statements, Presidion Financial Problems, Draft; three (3) page document.

93. Mirabilis Organizational Chart and Agenda for 1/25/06 Mirabilis Shareholders Meeting; three (3) pages.

94.   EMAIL from SHANE WILLIAMS; SUBJECT: MVI Shareholders Meeting Agenda; DATE: Wednesday, January 25, 2006 11:14 am; TO: Yaniv Amar; Richard Berman, Hans Beyer; Jim Vandevere; Jason Carlson' Edie Curry, Vance Felker, Marty Flynn, Larry Haber, Dan Myers, Bob Pollack, James Sadrianna, Woody Johnson, Rama Inguva and Shane Williams; ATTACHMENTS: MVI Shareholders Meeting (Agenda 012506) v3 doc. Includes revised agenda; four (4) pages.

*David M. Richardson*
*PO Box 505*
*Eearlton, FL   32631*
*(352) 468-1432*

## LEGAL EXPERIENCE

| | |
|---|---|
| 7/1/84 – 2008 | Professor of Law University of Florida College of Law Director, Graduate Tax Program, 7/1/84 – 6/30/88 |
| 1/1/84 - 6/30/84 | Partner, Richardson & Jackel, Miami, Florida |
| 4/1/82 - 12/31/83 | Member, Valdes-Fauli, Richardson, Cobb & Petry, P.A., Miami, Florida |
| 1975 - 3/31/82 | Partner in the law firm of Roberts & Holland, New York, N.Y., Miami, Florida, and Washington, D.C. |
| 1966 - 1974 | Partner in the law firm of Culverhouse, Tomlinson, Mills, DeCarion & Anderson Miami and Jacksonville, Florida (associate from 1966 to 1970) |

## EDUCATION

New York University, LL.M. in Taxation, 1974

Columbia University Law School, LL.B., Cum Laude, 1966. Harlan Fiske Stone Scholar.

University of Florida, Graduate School, Department of Physics, 1961-62.

Rensselaer Polytechnic Institute, B.S. in Physics, 1961.

Exhibit B

David M. Richardson
Page 2

## PROFESSIONAL ACTIVITIES

Adjunct Professor, University of Miami, School of Law, 1973 - 1979; 1983 - 1984.

Lecturer in Taxation, Florida Atlantic University, 1976 - 1977.

Member of the Executive Council of the Tax Section of The Florida Bar, 1971 - 1990; Chairman of the Tax Section of The Florida Bar, 1981 - 1982.

Member and first chairman - Tax Certification Committee of The Florida Bar, 1982 -1984.

Member of the Southeast Regional Liaison Committee of the Internal Revenue Service, 1982 - 1983; Vice Chairman, 1983.

Visiting Professor, Beijing University, Beijing, China, 1991.

Member of The American College of Tax Counsel.

First editor of the Florida Tax Review, 1992 - 1994.

Visiting Professor, Leiden University, Leiden, Holland, 1998 and 2000.

Editor, Electronically enhanced Internal Revenue Code, CD Rom "Onedisc" published by Tax Analysts, January, 1998.

Recognized by the Tax section of The Florida Bar as the "Gerald T. Hart Outstanding Tax Attorney for 1999-2000."

Member of the Board of Editors of the LexisNexis Graduate Tax Series.

## PUBLICATIONS

Tax Credit Under the Work Incentive Program, 58 ABA Journal 1109 (1972).

Pension Reform - Preserving The Private Pension Promise, 48 Florida Bar Journal 708 (1974).

David M. Richardson
Page 3

Capital Construction Funds Under The Merchant Marine Act, 29 Tax Law Review 751 (1974).

Buying and Selling an Incorporated Business - A Survey of Federal Income Tax Consequences, 50 Florida Bar Journal 353 (1976).

The Family Business as a Tax Shelter, 52 Florida Bar Journal 325 (1978). Co-authored with Jacob Fishman.

Taxation By Florida of Transfers of Wealth Upon Death - The Present Law and Available Options. Prepared for The Governor's Tax Reform Commission, July 1979.

Profits on Conversion - Maximizing the Landlord's After-Tax Return, 55 Florida Bar Journal 121 (1981).

Investment in Florida Real Property: New Requirements for Alien Corporations, with E. Scott Golden, 30 Canadian Tax Journal 112 (1982).

Florida Corporate Income Tax: Back to Piggybacking, 30 Canadian Tax Journal 462 (1982).

One State's Reaction to Reaganomics: The 1982 Amendments to The Florida Income Tax Code, Report of the Tax Section of The Florida Bar, 36 University of Miami Law Review 661 (1982). Co-authored with five other Committee members.

Tax Incentives for Qualified Conservation Contributions, 57 Florida Bar Journal 631 (1983).

A Study of the State and Local Tax Deduction, Prepared for the Congressional Sunbelt Council, September 15, 1985.

The State and Local Tax Deduction: A Preference Whose Time To Go Has Come, 59 Florida Bar Journal 83 (December, 1985). This is a shortened version of the study prepared for the Sunbelt Council.

The Orphan Drug Tax Credit: An Inadequate Response to an Ill-Defined Problem, 6 Am. J. of Tax Policy 135 (1987).

Federal Income Taxation of States, 19 Stetson Law Review 411 (1990).

Improving the Law Review Model: A Case In Point, 44 Journal of Legal Education 6 (1994).

David M. Richardson
Page 4

Book review of "Essays on International Taxation," Edited by Herbert A. Alpert and Kess van Raad. Deventer/The Netherlands: Kluwer Law and Taxation Publishers, 1993. Tax Notes, April 18, 1994.

Illusory Intangible Tax Trusts, Comment in the April, 1997 issue of The Florida Bar Journal.

"Just Value" or Just A Value - Florida's Imperial Property Appraiser, 48 Fla. L.Rev. 723 (1997).

Statement of Standards of Tax Practice: Letter to a Former Student, Tax Notes, May 22, 2000 at 1143.

Audit Avoidance Via Intent Modification - Is Fred Corneel Onto Something. . . Or Not?, Tax Notes, July 9, 2001 at 277.

Cases and Materials on Federal Tax Procedure (for graduate tax program), 14th revision, 2002.

Federal Tax Procedure, a text book for use in LL.M. tax programs published in 2004 as part of the LexisNexis Graduate Tax Series. Co-authored with Professors Jerry Borrison and Steven Johnson.