**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-Bk-4327-KSJ

_____

**MIRABILIS VENTURES, INC.,**

       **Plaintiff,**

-vs-                Case No.  6:09-cv-1974-Orl-31DAB

**SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A. and
HANS CHRISTIAN BEYER,**

       **Defendants.**

_____

# ORDER

This matter comes before the Court on the Motion for Reconsideration (Doc. 51) filed by the Plaintiff, Mirabilis Ventures, Inc. ("MVI"). In its five-page motion, MVI contends that reconsideration of this Court's previous order granting summary judgment to the Defendants (Doc. 33) is required to "correct clear error and manifest injustice". (Doc. 51 at 3). To that end, MVI requests that the Court consider the Expert Witness Report of David M. Richardson (henceforth, the "Richardson Report"), a tax attorney who opined that the Defendants "deviated from the applicable standard of care expected of attorneys in Florida in connection with their representation" of MVI. (Doc. 51 at 3). According to MVI, Richardson concluded that Defendant Hans Christian Beyer may have known that MVI was using trust fund taxes to pay its operating expenses. (Doc. 51 at 4). However, MVI does not cite to or quote from the passage where Richardson reaches such a conclusion; the Court's review of the Richardson Report suggests that

the opinions expressed were somewhat more benign.  More importantly, however, MVI makes absolutely no effort to show how Richardson's opinions could or should alter the outcome with regard to any part of this Court's summary judgment order.  Accordingly, it is hereby

**ORDERED** that the Motion for Reconsideration (Doc. 51) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 19, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party