UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-bk-4327-KSJ

_____/

MIRABILIS VENTURES, INC.

    Plaintiff,

v.              Case No. 6:09-CV-1974-Orl-31DAB

SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A. and
HANS CHRISTIAN BEYER,

    Defendants.

_____/

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR RESPONSE TO MOTION FOR SANCTIONS

  Plaintiff moves the Court on the following grounds for permission to exceed the page limits provided by Local Rule 3.01(b):

  1. On June 22, 2010, Defendants filed three Motions for Rule 11 Sanctions. The first and second Motion as to the filing of the Complaint and Amended Complaint in this cause was against Plaintiff's attorney Eden and attorney Green and their respective law firms (the "Motions").

  2. Plaintiff has now prepared a Response to the Motions which total 25 pages. However, the Response refers to critical documentation to support the Motion which totals approximately 85 pages. The total number of pages for the Motion and its attachments total 110 pages, and thus exceeds the twenty page permitted by Local Rule 3.01(d).

3. The Motions are Rule 11 Motions for Sanctions against Plaintiff's attorneys on a very complicated underlying factual case which, in order for Plaintiff's attorneys to adequately defend themselves, require that the Plaintiff bring to the Court, as a minimum, the attachments set forth in the proposed Response so that the Court will have before it a clear understanding of said attorneys' positions in opposing the Motions.

4. Plaintiff's attorneys would be severely prejudiced if they are not able to adequately defend themselves in connection with this Rule 11 Motion.

WHEREFORE, Plaintiff requests that it be permitted to file the aforesaid attachments that total approximately 85 pages constituting various documents in the Mirabilis books and records and otherwise relied upon Plaintiff in bringing forth the instant action.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), shortly before filing this Motion, the undersigned counsel attempted to communicate with opposing counsel by phone and e-mail to determine whether he would oppose this Motion. Defendants' counsel, Joseph H. Varner, III, and his assistant were not available by telephone and Mr. Varner's email auto-reply indicated he was in trial and was otherwise not available until after July 23, 2010. However, Mr. Varner did not oppose a similar motion to exceed page limits regarding this same matter, which was filed by attorney Robert C. Widman of the law firm Morris & Widman, P.A. and attorney Todd Norman of the law firm Broad

and Cassell, also counsel for the Plaintiff (the "Widman Motion"). (Doc. No. 47). The Court granted the Widman Motion. (Doc. No. 49).

**RESPECTFULLY SUBMITTED** this 22nd day of July 2010.

/s/ Justin M. Luna
Mariane L. Dorris, Esq.
Florida Bar No. 0173665
mdorris@lseblaw.com
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
Latham Shuker Eden & Beaudine, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481.5801
Attorney for Debtor/Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-bk-4327-KSJ

_____/

MIRABILIS VENTURES, INC.

           Plaintiff,

v.                                 Case No. 6:09-CV-1974-Orl-31DAB

SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A. and
HANS CHRISTIAN BEYER,

           Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system and also served a true and correct copy of the foregoing via electronic mail and first-class U.S. Mail, postage prepaid, to: Robert C. Widman, Esq., *Counsel for Plaintiff*, Morris & Widman, P.A., 245 N. Tamiami Trail, Suite E, Venice, Florida 34285, Todd K. Norman, Esq., Roy S. Kobert, Esq., *Co-Counsel for Plaintiff*, Broad and Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801; and Joseph H. Varner, III, Esq., *Counsel for Defendants*, Holland & Knight, 100 North Tampa, Suite 4100, Tampa, Florida 33602.

/s/ Justin M. Luna
Justin M. Luna, Esq.