UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-bk-4327-KSJ

_____/

MIRABILIS VENTURES, INC.

          Plaintiff,

v.                                  Case No. 6:09-CV-1974-Orl-31DAB

SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A. and
HANS CHRISTIAN BEYER,

          Defendants.
_____/

## NOTICE OF DEFENDANT'S CONSENT TO PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR RESPONSE TO MOTION FOR SANCTIONS

Plaintiff hereby notifies the Court that Defendant does not object to Plaintiff's Motion to Exceed Page Limit for Response to Motion for Sanctions (the "Motion") (Doc. No. 53). Immediately after the Motion was filed, Defendant's counsel contacted our office and advised they do not oppose the relief requested in the Motion.

**RESPECTFULLY SUBMITTED** this 22nd day of July 2010.

/s/ Justin M. Luna
Mariane L. Dorris, Esq.
Florida Bar No. 0173665
mdorris@lseblaw.com
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
Latham Shuker Eden & Beaudine, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481.5801
Attorney for Debtor/Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-bk-4327-KSJ

_____/

MIRABILIS VENTURES, INC.

              Plaintiff,

v.                                        Case No. 6:09-CV-1974-Orl-31DAB

SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A. and
HANS CHRISTIAN BEYER,

              Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system and also served a true and correct copy of the foregoing via electronic mail and first-class U.S. Mail, postage prepaid, to: Robert C. Widman, Esq., *Counsel for Plaintiff*, Morris & Widman, P.A., 245 N. Tamiami Trail, Suite E, Venice, Florida 34285, Todd K. Norman, Esq., Roy S. Kobert, Esq., *Co-Counsel for Plaintiff*, Broad and Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801; and Joseph H. Varner, III, Esq., *Counsel for Defendants*, Holland & Knight, 100 North Tampa, Suite 4100, Tampa, Florida 33602 on July 23, 2010.

                                                            /s/ Justin M. Luna
                                                            Justin M. Luna, Esq.