# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | October 18, 2005 | Baiers is interviewed by Brian Taylor and Edie Curry. In interview Baiers acknowledges old and new taxes. Baiers notes that in interview Taylor says "How can you not pay $23,000,000 in taxes?" Baiers notes that Taylor called it "illegal". Baiers notes than to Edie's credit she said "It was not illegal". Baiers notes than to Baiers credit "I said nothing about Frank running up taxes to $90,000,000." Also, Baiers acknowledges letter of credits are fraudulent, but Baiers does not believe Baiers has a duty to disclose. | Baiers handwritten notes | Jim Baiers, Edie Curry, Brian Taylor |
| | October 27, 2005 | Status report on tax case and possibly providing similar strategy to Spectrum | Conference Call | Craig Vanderburg, Bert Daneje, Frank Amodeo |
| | October 28, 2005 | HR Portfolio Meeting | Meeting | Craig Vanderburg |
| | October 31, 2005 | Stockholder's meeting | Amsouth offices | Invitees; Woody Johnson, Larry Haber, Vance Felker, Mary Flynn, Bob Pollack, Edie Curry/Jason Carlson, James Sadrianna, Dan Myers, Tom Broadhead, Shane Williams, Hans Beyer, Jim Vandevere, Charles Rahn, Mike Barbee, Yaniv Amar, Glenn thompson, Rama Inguva |
| | November 1, 2005 | Status report on tax case | Amsouth Offices | Chuck Kirkpatrick, Frank Amodeo |
| | November 1, 2005 | Status report on tax case | Telephone | Craig Vanderburg, Frank Amodeo |
| | November 3, 2005 | Dept. of Insurance Meetings; issue about unpaid taxes at President and Amodeo's prior felony conviction | Amsouth Offices | Tom Maida, Brian Fischer, Frank Amodeo |
| | November 4, 2005 | Status report on tax case, insurance | Conference Call | Ken Levine, Frank Amodeo |
| | November 7, 2005 | Security Team Dinner Meeting - job to insure the Network is in compliance with all laws especially because of distressed environment | Doc's restaurant in Orlando | Brian Taylor and others, Frank Amodeo |
| | November 8, 2005 | Security Team Meeting and investigate stakeholders. | Orlando | Edie Curry, Pete Anderson, Brian Fischer |
| | November 9, 2005 | Status report on tax case | Conference call | Larry Haber, Craig Vanderburg, Sue Schumacher, Jeff Rendel, Chris O'Connor, Laurie Andrea, Chuck Kirkpatrick, Dan McHenry, Jim Baiers. |
| | November 14, 2005 | Meeting to discuss the increase in Hollowell's involvement; possible PEO, possible PEO, referral of extremely distressed companies, especially tax. | Telephone call | Matt Druckman, Richard Hollowell, Frank Amodeo |
| | November 17, 2005 | Status of insurance licenses | Telephone call | Tom Maida, Brian Fischer, Frank Amodeo |
| | November 28, 2005 | Call to discuss clean up of Presidion items Risk Transfer, SUA insurance - how to explain Presidion transfer to AEM and unpaid tax liability. | Conference Call | Dan Myers, Craig Vanderburg, Sue Schumacher |
| | December 2, 2005 | Status report on tax case and arbitration | Amsouth Offices | Paul Hughes, Pete Anderson, Frank Amodeo |
| | December 5, 2005 | Status report on tax case and arbitration | Conference Call | Jim Baiers, Craig Vanderburg, Dan Myers |
| | December 9, 2005 | Westin Bonaventure, tax, insurance, lawsuit | LA, CA | Jim Baiers, Frank Amodeo |
| | December 9, 2005 | Status report on tax case | Conference Call | Kurt Benjamin, Craig Vanderburg, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | December 9, 2005 | Accessity v. Mercator Mediation in LA, CA - Frank Amodeo announces tax debt is $78 MM | LA, CA Mediation | David Firestone, Frank Scalamandre, Jim Baiers and variety of other parties, Frank Amodeo |
| | December 13, 2005 | Status report on tax case, future employment | Amsouth Offices | Chuck Kirkpatrick, Frank Amodeo, Larry Haber |
| | December 16, 2005 | Status report on tax case, future employment | Perkins, Orlando | Jeff Rendel, Frank Amodeo, Yaniv Amar |
| | December 16, 2005 | Status report on tax case and Liberty PEO | Amsouth Offices | Chuck Kirkpatrick, Larry Haber |
| | December 16, 2005 | Status report on arbitration, use of tax liability as leverage. | Conference Call | April Boyer, Kirkpatrick & Lockhart, Jim Baiers, Ben Hecht, Frank Amodeo |
| | December 19, 2005 | "Presidian is Active. All other matters are non-priority." e-mail sent on behalf of Frank Amodeo by Tyena Dollinger | e-mail | Bob Pollack, Charles Rahn, Dan Myers, Edie Curry, Hans Beyer, James Sadrianna, Jason Carlson, Jim Vandevere, Larry Haber, Marty Flynn, Mike Barbee, Richard Berman, Shane Williams, Tom Broadhead, Vance Felker, Woody Johnson, Yaniv Amar |
| | December 19, 2005 | Status report on tax case | Conference Call | April Boyer, Kirkpatrick & Lockhart, Jim Baiers, Ben Hecht |
| | December 19, 2005 | Status report on tax case | Risk Transfer offices, Orlando | Pete Anderson, Paul Hughes, Jennifer Robinson, Frank Amodeo |
| | December 20, 2005 | Public offering for PEO's to pay off | Meeting | Hans Beyer |
| | December 20, 2005 | taxes/Amodeo not present | Conference Call | Dan McHenry, Laurie Andrea, Frank Amodeo |
| | December 20, 2005 | Status report on tax case | | |
| | December 20, 2005 | Communication between Richard Berman and Pete Motek concerning the termination letter between First Southern Bank and Mirabilis Ventures. | E-mail chain | Richard Berman, Pete Motek, Laurie Holtz |
| | December 30, 2005 | Major meeting with all personnel; transfer control to MVI board of directors | Amsouth Offices | Frank Halstoanes, Jim Sadrianna, Dan Myers, Scott Goldberg, Marty Flynn, Bob Pollack, Frank Amodeo, Jason Carlson (phone), and others throughout the day |
| Date? | January 2, 2006 | JMS investigation into FLA money, Berman and Holtz audit and report. | Orlando | Leonard Witte, Laurie Holtz, Sharmilla Kharnakor, JMS supervisor, Richard Berman, Frank Amodeo |
| | January 4, 2006 | Status report on tax case | Amsouth Offices | Chuck Kirkpatrick, Larry Haber, Matt Porter, Frank Amodeo |
| | January 4, 2006 | SUNZ Insurance meeting discusses status of AEM, how book of business will be split up, and status of tax resolution | Amsouth Offices | Doug Lilak, Shelli Elmer, Pete Anderson, Frank Amodeo |
| | January 9, 2006 | E-mail asking Berman to ask Elena for an opinion of potential liability on Sunshine/ Presidian corporate set up. | e-mail | Richard Berman, Jim Sadrianna, Shane Williams, Angel Arrras |
| | January 9, 2006 | Judy Berkowitz from IRS faxes Dan Myers final assessment on Sunshine Staff Leasing, Balance $30,097,094.14 Trust Fund $15,416,483.90 and Sunshine Companies III Balance $21,395,036 Trust Fund $11,586,467.73 | fax | Dan Myers, Judy Berkowitz, Frank Amodeo, Hans Beyers, Laurie Holtz, Jose Marrero |
| | January 12, 2006 | Perkins on Orange | Perkins, Orlando, FL | Jeff Rendel, Yaniv Amar, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | January 13, 2006 | Status of Hendrick's forebearance | Conference Call | Jim Baiers, Karl Leo, Jeff Steinz,Craig Vanderburg, Frank Amodeo |
| | January 13, 2006 | Craig Vanderburg tells Richard Berman that the FBI has told him that CID Miami is investigating Presidion concerning tax issues. | E-mail chain | Craig Vanderburg, Jim Baiers, Richard Berman |
| | January 15, 2006 | Presidion Issues discussed by Edie Curry, Allen Archer and Frank Hailstones; continuing tax arrearages. | | Edie Curry, Allen Archer, Frank Hailstones, (Frank Amodeo and Dan Myers participated for a small portion of the meeting) |
| | January 15, 2006 | Executive Committee meeting reports on status of tax matter and states that he has tracked through all payments made to Mirabilis and | Amsouth Offices | Dan Myers, Bob Pollack, Jim Vandevere, Richard Berman, Allen Archer, Shane Williams |
| | January 17, 2006 | Mirabilis is not in harm with IRS | Amsouth Offices | Dan McHenry, Yaniv Amar, Frank Amodeo |
| | January 17, 2006 | Status report on tax case, and tax lien laws | Boheme restaurant, Orlando | Edie Curry, Dan McHenry,Frank Hailstones, Shane Cooper, Mike Barbee, Jeff Waren |
| | January 18, 2006 | 2006 Premier Affiliates Conference | Amsouth Offices | Affiliates conference |
| | January 18, 2006 | Periodic discussions of Presidion problems and its relationship to MVI | | |
| | January 18, 2006 | Status report on tax case | Meeting | Doug Lilak, Shelli Elmer, Frank Amodeo |
| | January 18, 2006 | Accessiy settlement and how to use tax liability as as a shield and leverage to achieve settlement | Conference Call | Jim Baiers, attorneys from Kirkpatrick & Lockhart, Frank Amodeo |
| | January 19, 2006 | Periodic discussions of Presidion problems and its relationship to MVI | Amsouth and Wachovia offices Affiliate Conference | Organized by Frank Hailsones and Edie Curry and virtually all employees attended some part |
| | January 20, 2006 | Periodic discussions of Presidion problems and its relationship to MVI | Amsouth and Wachovia offices Affiliate Conference | Organized by Frank Hailsones and Edie Curry and virtually all employees attended some part |
| | January 23, 2006 | Dan Myers sends letter to Judy Berkowitz along with $350,000 to apply to Sunshine Trust obligations. Mr Myers requests information on any missing returns for any Presidion related companies. | letter | Judy Berkowitz, Dan Myers |
| | January 23, 2006 | Periodic discussions of Presidion problems and its relationship to MVI | Amsouth and Wachovia offices Affiliate Conference | Organized by Frank Hailsones and Edie Curry and virtually all employees attended some part |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | January 24, 2006 | In response to Dan Myers 1/23/2006 letter, Judy Berkowitz sends tax account statements for Presidion related companies along with a hand written to give her a call if anything is not clear. Balance as of 1/24/2006: Presidion Solutions, Inc dba Amfinity Business Services, Inc <$508,961>, Presidion Solutions I, Inc dba Sunshine Staff Leasing, Inc $30,904,589, Presidion Solutions II, Inc dba Sunshine Companies, Inc <$6,412>, Presidion Solutions III, Inc dba Sunshine Companies, II, Inc <$159,145>, Presidion Solutions IV, Inc dba Sunshine Companies III, Inc $20,342,949, Presidion Solutions V, Inc dba Sunshine Companies IV, Inc $4,385,086, Presidion Solutions VII, Inc dba Professional Business Solutions, Inc <$19,607,114>, Professional Administrative Services, Inc $0, Creative Insurance Concepts, Inc <$5> | fax, Mail, hand delivery | Judy Berkowitz, Dan Myers, Chris O'Connor, Sue Schumacher, Chuck Kirkpatrick, Larry Haber, Craig Vanderburg, Dan McHenry, Laurie Holtz, Richard Berman, Frank Amodeo |
| | January 25, 2006 | Status report on tax case | Amsouth offices | Yaniv Amar, Doug Lilak, Shelli Elmer, Pete Anderson, Frank Amodeo |
| | January 26, 2006 | Accessity Settlement | Conference Call | Jim Baiers, David Firestone, Frank Amodeo |
| | January 26, 2006 | Mr. Hailstones and Mr. McHenry discussing structures of PEO and tax situation. | | Frank Hailstones, Dan McHenry |
| | January 26, 2006 | Chuck Kirkpatrick e-mail putting everyone on notice that ESAC is concerned with Presidion's unpaid payroll taxes. | E-mail | Chuck Kirkpatrick, Phil Kaprow, Sue Schumacher, Frank Amodeo, Frank Hailstones, Larry Haber, Jeff Reichel, Dan McHenry, Sandra Kirkpatrick, Craig Vanderburg |
| | January 30, 2006 | Mr. Kirkpatrick being terminated and making threats. Also, he intends to reveal Amodeo is in league with aliens. | | Larry Haber, Jim Baiers, Chris O'Connor, Dan McHenry |
| | February 1, 2006 | Preparation of original narrative by El Curry, Haber, and Beyer over several day period | Amsouth offices and telephone | Edie Curry, Larry Haber, Hans Beyer, Dan Myers |
| | February 3, 2006 | Executive Committee meeting where payroll taxes are discussed by Sadrianna who states that regarding the Presidion tax issue: From the time we took over, trust funds must be remitted. No liability prior to that time. | Amsouth offices | Jim Sadrianna, Paul Glover, Frank Hailstones, Richard Berman, Allen Archer |
| | February 3, 2006 | Capital One Meeting in Richmond, VA | Restaurant | Edie Curry, Tom Broadhead and others, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
|  |  | Memo from Bogenschutz to Baiers and Vanderburg referencing a conversation between Bogenschutz and Agent Sputo of the FBI. Page 3 paragraph 2 states that one of the advantages that Baiers and Vanderburg have against prosecution is that the insurance companies have no cash loss and President is current on its payments. The reason President is current is because PBS has not been paying its taxes but | Memorandum | David Bogenschutz, Esq, Jim Baiers, Craig Vanderburg |
|  | February 6, 2006 | Updated SUNZ Insurance on PBS/AEM situation, including the taxes and why business had to be split with SUA. |  | Doug Lilak, Shelli Elmer, Pete Anderson |
|  | February 7, 2006 | Letter from Frank Amodeo to Judy Berkowitz updating her on the progress with the plan. Mr Amodeo tells of restructuring secured creditors debt, similar to a Chapter 11 plan, without having to file a Chapter 11. Mr Amodeo reaffirms plan to repay approximately $2,000,000 Sunshine tax debts and approximately 71,000,000 PBS tax debt through sale of contracts, probably in 2007, however in the mean he requests formal installment plan of $350,000. | letter | Frank Amodeo, Judy Berkowitz |
|  | February 8, 2006 | Presidion story & how to do it best | Conference Call | Mike Miller, Bob Pollack, Frank Amodeo |
|  | February 9, 2006 | Amodeo meets with Haber to review progress | Bolerne restaurant, Orlando | Burt Saunders, Laurie Andrea, Woody Johnson, Frank Amodeo |
|  | February 10, 2006 | Status report on tax case | Amsouth offices | Fred Sandlin, Billy Collins, Frank Amodeo, Joe Robinson |
|  | February 10, 2006 | Presidion narrative. Mr Haber is making on preparing Sunshine- | Perkins, Orlando, FL | Larry Haber, Frank Amodeo |
|  | February 13, 2006 | Mr. O'Connor briefing Vanderburg on PEO operations makes it apparent he, Vanderburg, McHenry and Hailstones were aware of all facets including taxes. |  | Chris O'Connor, Craig Vanderburg, Dan McHenry, Frank Hailstones |
|  | February 13, 2006 | Status report on tax case | Amsouth offices | Jim Baiers, Craig Vanderburg, Ken Hendricks, Jeff Stentz, Karl Leo, Frank Amodeo |
|  | February 16, 2006 | Meeting with Hendricks' group to transfer notes/liens to Mirabilis and keep assets away from IRS liens. | Amsouth offices | Jim Baiers, Craig Vanderburg, Ken Hendricks, Jeff Stentz |
|  | February 16, 2006 | Status report on tax case | Amsouth offices | Fred Sandlin, Billy Collins, Larry Haber, Frank Stentz |
|  | February 21, 2006 | Status report on tax case | Amsouth offices | Amodeo |
|  | February 22, 2006 | Communication indicating that the payment of payroll taxes is pre-approved and should be automatic. |  | Chris O'Connor, Sue Schumacher, Yaniv Amar, Craig Vanderburg |
|  | February 27, 2006 | Status report on tax case | E-mail | Pete Anderson, Paul Hughes, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | February 28, 2006 | Status report on tax case | Amsouth offices | Fred Sandlin, Frank Amodeo |
| | March 3, 2006 | Status report on tax case | Amsouth offices | Ken Levine, Dan Myers, Frank Amodeo |
| | March 6, 2006 | Executive Committee Meeting | Amsouth offices | Frank Hailstones, Allen Archer, Dean Armitage, Marty Flynn, Richard berman, Paul Glover, James Sadrianna, Laurie Holtz |
| | March 7, 2006 | Status report on tax case | Amsouth offices | Fred Sandlin, Charlie Walborn, Bob Pollack, Frank Amodeo |
| | March 15, 2006 | Status report on tax case | Amsouth offices | Fred Sandlin, Bob Pollack, Jim Dayvolt, Frank Amodeo |
| | March 15, 2006 | Status report on tax case | Amsouth offices | Paul Glover, Pete Anderson, Doug Lilak, Shelli Elmer, Frank Amodeo |
| | March 16, 2006 | General Representation | Amsouth offices | Tracey Marshall (Gray Robinson), Frank Amodeo |
| | March 21, 2006 | Congo, Kashala | Amsouth offices | Karen Tramantano, Frank Amodeo |
| | March 23, 2006 | Meeting before BOD meeting | Amsouth offices | Berman, Laurie Holtz, Fernando Simo, Frank Amodeo |
| | March 24, 2006 and 10-Q's?) | Presidion officers and managers made aware of failure to file tax returns for 2003 (How did they get an audit? Why not disclosed in 10-K's | Amsouth offices | Jim Baiers, Chris O'Connor, Craig Vanderburg, Sue Schumacher, Jim Waldvogel, Jennifer Schoder, Scott Kutkitis (UHY) |
| | March 29, 2006 | Tax case and acquisition of Collins | Amsouth offices | Fred Sandlin, Billy Collins, Frank Amodeo |
| | March 30, 2006 | Sue Schumacher explaining to Dan Myers how ACH is handled and that although AEM had accounts set up, the AEM accounts were never used. All funds collected until June 2006 were done at direction of Vanderburg and Schumacher through a Presidion or Paradyme account. | telephone, e-mail | Dan Myers, Sue Schumacher |
| | March 31, 2006 | E-mail chaing suggesting the controls and policies for operating the business and specifically noting that Amodeo has no position or authority to make financial decisions. | E-mail chain | Edie Curry, Tom Broadhead, Frank Hailstones, Laurie Holtz |
| | April 3, 2006 | Status report on tax case | E-mail chain | Jim Baiers, Frank Amodeo |
| | April 4, 2006 | PEO Business Planning Session (Amsouth) | Meeting | larry Haber, Mike Stanley, Frank Amodeo |
| | April 5, 2006 | Status report on tax case | Telephone | Jim Baiers, Frank Amodeo |
| | April 13, 2006 | Tax Issue | Amsouth Offices | Brian Fischer, Paul Glover, James Sadrianna, Bill Eplin, Joe Robinson, Dan Myers, Larry Haber, Phil Kaprow, Sharmila Khanorkar, Hans Beyer and virtually every professional in the various companies. All of the tax periods, theories and facts were on large post-it sheets on the wall of Amodeo's office and everyone was asked to poke holes in the theory, case or position. |
| | | No Meetings Scheduled - Frank working on case or position. | | |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | April 14, 2006 | No Meetings Scheduled - Frank working on | | Brian Fischer, Paul Glover, James Sadrianna, Bill Eplin, Joe Robinson, Dan Myers, Larry Haber, Phil Kaprow, Sharmila Khanorkar, Hans Beyer and virtually every professional in the various companies. All of the tax periods, theories and facts were on large post-it sheets on the wall of Amodeo's office and everyone was asked to poke holes in the theory, case or position. |
| | April 14, 2006 | Tax Issue e-mail with Presidon narrative attached. Mr Haber was one of the original architects of this document which includes outlines of tax problems | Amsouth Offices | |
| | April 17, 2006 | Tax communication updating Sunshine Companies tax liabilities | Amsouth Offices | Larry Haber, Phil Kaprow, Woody Johnson |
| | April 17, 2006 | | Amsouth Offices | Dan Myers, Judy Berkowitz |
| | April 17, 2006 | Spreadsheet showing Presidon's major payments to third parties other than the IRS totaling $119,614,683.27 prepared for meeting with IRS. | Amsouth Offices | Aldrostar $9,000,000, FCIC $51,000,000, Hendricks $7,500,000, Gaines $9,000,000, Sandlin $7,800,000, Leighton and Bank of West $2,000,000, Spinelli and Brentwood $5,200,000, Officer buyouts-excess $7,500,000, Sunshine Claims (Edwards) $6,000,000, Sunshine Settlement $1,500,000, AQMI Strategy $13,314,683.27. |
| | April 17, 2006 | No Meetings Scheduled - Frank working on | Amsouth Offices | Brian Fischer, Paul Glover, James Sadrianna, Bill Eplin, Joe Robinson, Dan Myers, Larry Haber, Phil Kaprow, Sharmila Khanorkar, Hans Beyer and virtually every professional in the various companies. All of the tax periods, theories and facts were on large post-it sheets on the wall of Amodeo's office and everyone was asked to poke holes in the theory, case or position. |
| | April 17, 2006 | Discussions with Sue Schumacher as to whether the appropriate tax payments are being made - reemphasizing they have to make payments and they have to be made from the right accounts. | E-mail chain | Sue Schumacher, Craig Vanderburg, Dan Myers, Tessah Ivey |
| | April 18, 2006 | No Meetings Scheduled - Frank working on | Amsouth Offices | Brian Fischer, Paul Glover, James Sadrianna, Bill Eplin, Joe Robinson, Dan Myers, Larry Haber, Phil Kaprow, Sharmila Khanorkar, Hans Beyer and virtually every professional in the various companies. All of the tax periods, theories and facts were on large post-it sheets on the wall of Amodeo's office and everyone was asked to poke holes in the theory, case or position. |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | April 19, 2006 | No Meetings Scheduled - Frank working on | Amsouth Offices | Brian Fischer, Paul Glover, James Sadrianna, Bill Eplin, Joe Robinson, Dan Myers, Larry Haber, Phil Kaprow, Sharmila Khanorkar, Hans Beyer and virtually every professional in the various companies. All of the tax periods, theories and facts were on large post-it sheets on the wall of Amedeo's office and everyone was asked to poke holes in the theory, case or position. |
| | April 20, 2006 | No Meetings Scheduled - Frank working on Tax Issue | Amsouth Offices | Brian Fischer, Paul Glover, James Sadrianna, Bill Eplin, Joe Robinson, Dan Myers, Larry Haber, Phil Kaprow, Sharmila Khanorkar, Hans Beyer and virtually every professional in the various companies. All of the tax periods, theories and facts were on large post-it sheets on the wall of Amedeo's office and everyone was asked to poke holes in the theory, case or position. |
| | April 21, 2006 | No Meetings Scheduled - Frank working on Tax Issue | Amsouth Offices | Brian Fischer, Paul Glover, James Sadrianna, Bill Eplin, Joe Robinson, Dan Myers, Larry Haber, Phil Kaprow, Sharmila Khanorkar, Hans Beyer and virtually every professional in the various companies. All of the tax periods, theories and facts were on large post-it sheets on the wall of Amedeo's office and everyone was asked to poke holes in the theory, case or position. |
| | April 24, 2006 | E-mail discussion relating to various companies 941s and credits and some contrived methos for using tax credit. | E-mail | Paul Glover, Mike Stanley, Debra Cole, Stephen Bonck, Carol Steve, Mike Adkins, Jen Breittelter |
| | May 2, 2006 | Discussion concerning 941 reporting | Meeting | Craig Vanderburg, Jim Baiers, Dan Myers |
| | May 3, 2006 | Discussion concerning PBS tax dollars deposited into AEM tax account with IRS | e-mail | Paul Glover, Yaniv Amar, Dan Myers, Mike Stanley, Nichole Beamer, James Sadrianna, Tess Ivey, Kevin Leonard, Michelle Claussen |
| | May 3, 2006 | Request by Mr. Glover to Mt. Myers to keep Glover and Stanley in the IRS "loop". | e-mail | Paul Glover, Dan Myers |
| | May 4, 2006 | Company wide conference call called by Frank Hailstones; Presidion tax case mentioned | Broadcast from Amsouth offices | All MVI, Subsidiary and Affiliate Staff, (no Frank or Amedeo) |
| | May 5, 2006 | Craig Vanderburg signs Presidion Solutions VIIs 941 showing balance due of $26,110,908. | 941 | Craig Vanderburg |
| | May 9, 2006 | Original Sunshine customer wanted to hear complete story | Suntrust offices | Fred Sandlin, Billy Collins, Joe Robinson, Frank Amedeo |
| | May 15, 2006 | Glover, Stanley and Myers dealing with AEM/PBS tax payments. Amedeo embroiled in Congo at this time and not participating in communications. | e-mail | Paul Glover, Mike Stanley, Dan Myers |
| | May 15, 2006 | Discussion on how to explain Presidion tax situation | Amsouth office | Bob Curry, Jeff Boone, John Warren, Dan Myers |
| | May 17, 2006 | Status report on tax case | Amsouth office | Craig Vanderburg, Jim Baiers, Dan Myers |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | May 19, 2006 | Status report on tax case | Suntrust offices | Pete Anderson, Doug Lidat, Shelli Elmer, Frank Amodeo |
| | May 21, 2006 | ESAC (PEO Industry certification group) board meeting where President and alleged Mirabilis tax liabilities were discussed with mirabilis representatives present | | Edie Curry, Tom Broadhead, Laurie Holtz, Larry Haber |
| | May 23, 2006 | e-mail from Berman confirming results of ESAC meeting where President tax liabilities were discussed | e-mail and mail | Richard Berman, Edie Curry, Laurie Holtz, Shane Williams, Larry Haber |
| | May 24, 2006 | Marshall observed events of Congo & discussed | Suntrust offices | Tracey Marshall (Gray Robinson), Frank Amodeo |
| | May 31, 2006 | Paul Glover e-mail to Luis Ramos instructing him to hold off on paying the employee portion of the Federal Tax Deposit for the day. | E-mail | Paul Glover, Luis Ramos, Michele Claussen |
| | June 1, 2006 | Prepare narrative for IRS | Suntrust offices | Larry Haber, Phil Kaprow, Hans Beyer, Dan myers |
| | June 5, 2006 | Discussion of Taxes | Conference Call | Paul Glover, Kevin Leonard, Mike Stanley |
| | June 7, 2006 | White House Meeting with President - disclosure of Amodeo's background and future plans | Conference Call | Sally Painter, Karen Tramantano, Joe Robinson |
| | June 9, 2006 | Discussion of PBS history and Saunders' campaign | Suntrust offices and Bohemne restaurant in Orlando | Burt Saunders, Woody Johnson, Laurie Andrea, Frank Amodeo |
| | June 12, 2006 | AEM documents/signing | Amsouth offices | Mike Stanley, Larry Haber |
| | June 13, 2006 | This memo was part of the issue discussed at the meeting with Glover, Myers, Stanley, Leonard, Amar and 1. At the conclusion of the discussion each and everyone told Amar nothing was wrong with the use of taxes and other concerns were manageable. | | Mike Stanley, Mike Miller, Frank Amodeo Yaniv Amar, Dan Myers, Paul Glover, Mike Stanley, Kevin Leonard, Frank Amodeo |
| | June 13, 2006 | Meeting to discuss unpaid payroll taxes | Bohemne restaurant, Orlando | |
| | June 14, 2006 | Interview with Jim Leasner | Interview | |
| | June 15, 2006 | DBPR meeting where Mike Stanley was being approved as controlling person for AEM, and Jerry Lancaster raised the non payment of payroll taxes by President and AEM at the public hearing. Mr Stanley apparently addressed it satisfactorily as he was awarded his controlling person license. | Tallahassee | Mike Stanley |
| | June 15, 2006 | Berkowitz sends letter to Myers, Sharmilla Kharnakor, and Frank Amodeo, which was circulated to Holtz, E Curry, and Beyers requesting additional information about Sunshine and PBS taxes and reorganization | Mail, e-mail, hand delivered | Judy Berkowitz, Sharmilla Kharnakor, Frank Amodeo, Laurie Holtz, Edie Curry, Hans Beyers, Dan Myers |
| | June 20, 2006 | Tax planning meeting; address questions from Berkowitz. | Suntrust offices | Edie Curry, Richard Berman, Frank Hailstones, Laurie holtz, Sharmilla, Kharnakor, Dan Myers |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | June 20, 2006 | Letter to Berkowitz addressing her questions | Mail | Judy Berkowitz, Sharmilla Kharnokar, Frank Amodeo, Laurie Holtz, Edie Curry, Hans Beyers, Dan Myers |
| | June 20, 2006 | Narrative relating to Amodeo's history, President tax case, and Mirabilis, including Holtz's handwritten notes for websites written and or reviewed and amended by Holtz | Suntrust offices | Laurie Holtz, Frank Amodeo |
| | June 20, 2006 | Craig Vanderburg stated in an affidavit that he is the responsible party for payment of all trust fund taxes, together with penalties and interest, for Professional Benefit Solutions, Inc., Paradyme, Inc, Sunshine Companies III, Inc, and Sunshine Staff leasing, Inc | Suntrust, Mail, e-mail | Scott Goldberg, Craig Vanderburg |
| | June 21, 2006 | BCA meeting | Meeting | Craig Vanderburg, Jim Sadrianna, Bob Pollack |
| | June 21, 2006 | Congo Assessment Meeting, and discussion of AQMi history | Suntrust offices | Clinton Van Zandt, Frank Amodeo |
| | June 22, 2006 | IRS sends tax lien notice for Professional Benefits Solutions for $98,254,008.75 (approximately $74,000,000 + penalties and interest) | Mail, Internet | Craig Vanderburg, Jim Baiers, Chris O'Connor, Dan Myers, Hans Beyer, Sharmilla Kharnokar, Frank Amodeo |
| | June 23, 2006 | E-mail discussion regarding how to account for PBS (Presidion) tax funds collected by AEM but not paid on PBS account | e-mail | Kevin Leonard, Paul Glover, Michelle Claussen, Dan Myers, |
| | June 23, 2006 | Accountants discussing allocation of AEM payments, which must include tax liability being allocated between AEM/PBS. | e-mail | Mike Stanley, Paul Glover, Kevin Leonard, Dan Myers |
| | June 23, 2006 | Letter from IRS Disclosure Officer Darlene Stewart to John Burcham's proxy Raymond T Rowe, PC, stating that, in addition to Mr Burcham, Craig Vanderburg has been determined to be liable for a trust fund recovery penalty for federal employment taxes withheld in 2001, 2003, and 2004. | letter | John Burcham, Raymond T Rowe, Darlene Stewart |
| | June 23, 2006 | Letter from Darlene Stewart letting John Burcham's proxy know that Craig Vanderburg has been determined to be liable for a trust fund recovery penalty with respect to failure to pay over federal employment taxes withheld in 2001, 2003, and 2004. | letter | John Burcham, Craig Vanderburg, Raymond Rowe, Darlene Stewart |
| | June 27, 2006 | Discussion among accountants concerning historic transactions indicates individuals were delving into transactions which would have made them aware of current and past tax issues. | | Paul Glover, Dan Myers, Kevin Leonard, Tracy Taylor |
| | July 1, 2006 | Last significant issues in Sunshine case resolved. File closure commences | Wachovia offices | Frank Amodeo, Marty Flynn |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | July 3, 2006 | Letter proposing resolution for Sunshine | mail | Judy Berkowitz, Frank Amodeo, Dan Myers, Hans Beyer, Sharmila Kharnakor |
| | July 3, 2006 | Companies and PBS tax liabilities | | |
| | July 5, 2006 | Tax discussion | Dinner Meeting | Mike Kosmas, Dan Myers |
| | July 5, 2006 | Mr. O'Connor and Mr. Vanderburg attempting to file the tax returns not yet filed. | | Chris O'Connor, Craig Vanderburg |
| | July 6, 2006 | State issues concerning Sunshine tax liability - extensive discussion on nonpayment of taxes by PBS while utilizing AEM checking account. | Telephone | Laurie Andrea, Mike Miller, Mike Stanley, Yaniv Amar, Frank Amodeo |
| | July 10, 2006 | State issues concerning Sunshine tax liability - Followup | Telephone | Laurie Andrea, Mike Miller, Mike Stanley, Yaniv Amar, Frank Amodeo |
| | July 11, 2006 | W/C renewal | | Doug Lilak, Shelli Elmer, Pete Anderson, Brian Fischer |
| | July 12, 2006 | Fax from Berkowitz to Myers confirming 7/20/2006 meeting along with a request to bring information | fax | Judy Berkowitz, Dan Myers, Sharmila Kharnakor, Richard Berman, Laurie Andrea, Paul Glover, Mike Stanley, Yaniv Amar, Jim Baiers, Hans Beyer, Fernando Simo, Frank Amodeo |
| | July 13, 2006 | Status report on tax case | Suntrust offices | Craig Vanderburg, Jim Baiers, Joe Robinson, Frank Amodeo |
| | July 14, 2006 | E-mail from Sharmila Kharnakor letting Frank Amodeo know she was meeting with Jose Marreto to discuss tax resolution and request from Judy Berkowitz for info. Kharnakor wanted to know if Frank would like Mr. Marreto to participate in meeting with Berkowitz next week, to which Mr. Amodeo says yes. Mr Williams forwards more backround materials from Dan Myers to Ms. Kharnakor to help Mr Marreo prepare and confirms meeting time and place | e-mail | Sharmila Kharnakor, Shane Williams, Laurie Holtz, Dan Myers (by reference), Frank Amodeo |
| | July 14, 2006 | Dept. of State; Congolese Ambassador, Latvian Embassy, Joint Session of Congress | State Department, US Congress, Latvian Embassy, DRC Embassy | Karen Trannantano, Sally Painter, Joe Robinson, Frank Amodeo |
| | | Document provided by Schumacher shows all collections in 2005 ran through Paradyme Bank of America account, number 5486007158. (Myers,Schumacher, and Andrea wer gathering information in an attempt to evaluate whether collections were sufficient to pay payroll taxes. | | Dan Myers, Sue Schumacher, Mike Stanley, Debra Cole, Laurie Andrea, Frank Amodeo |
| | July 18, 2006 | Briefing on upcoming tax meeting | e-mail | Craig Vanderburg, Jim Baiers, Frank Amodeo |
| | July 18, 2006 | Complete analysis of all Sunshine/PBS/AEM transactions | Suntrust offices | Brian Nigemi, Yaniv Amar, Scott Goldberg, Frank Amodeo, various others |
| | July 19, 2006 | Paul Glover at NAPEO where various discussions were held with different groups | | |
| | July 19, 2006 | explaining tax situation and strategics. | | Paul Glover, Mike Stanley |
| | July 20, 2006 | Meeting with IRS | Plantation, FL | Sharmilla Kharnakor, Frank Amodeo, Dan Myers |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | July 20, 2006 | E-mail from Larry Haber letting group know from Frank that IRS meeting where tax repayment plan was laid out for Berkowitz, John Lordic, Mrs Daley, and group manager for Miami from IRS, went very well and that Frank will brief everyone on Monday. | E-mail | Larry Haber, Shane Williams, Frank Hailstones, Fernando Sims, Laurie Andrea, Mike Stanley, Paul Glover, Jim Vandevere, Larry Haber, Marty Flynn, Woody Johnson |
| | July 20, 2006 | Paul Glover at NAPEO | | Clinton Van Zandt, Frank Amodeo |
| | July 25, 2006 | Frank in DC | | Jeff Boone, Mike Stanley, Joe Robinson, Frank Amodeo |
| | July 27, 2006 | PEO Meeting - Frank requested meeting to be kept confidential | Dinner | |
| | July 28, 2006 | Meeting at Wyndam | Suntrust offices | |
| | July 29, 2006 | E-mail from Tucker Clancy notifying Jim Vandevere and Jay Stollenwerk that he opened accounts for BCA's new "Capital Partner". The new "Capital Partner" Mr. Clancy is referring to is the Internal Revenue Service. Over six month period from August to December 2006, 23 equal payments of $150,000 are made from this account to the IRS, totaling $3.45 MM. | Lunch Meeting | Jeb Bush, Toni Jennings, Frank Amodeo |
| | August 8, 2006 | PEO Expansion Planning Meeting | E-mail | Tucker Clancy, Jim Vandevere, Jay Stollenwerk, Jamie Weidner |
| | | E-mail instructing all PEO to implement Amodeo's "rule of thumb" formula for tax payment plan to protect trust fund allocations. | Suntrust offices | Paul Glover, Mike Stanley, Yaniv Amar, Jim Vandevere, Frank Hailstones, Dean Armitage |
| | August 10, 2006 | PEO Expansion Planning Meeting | E-mail | Jay Stollenwerk, Tracy Taylor, Tucker Clancy, Michelle Claussen, Christine Warf, Debra Cole, Bob Pollack, Mike Stanley, Frank Amodeo |
| | August 10, 2006 | | Suntrust offices | Mike Stanley, Frank Amodeo |
| | August 10, 2006 | | Suntrust offices | Craig Vanderburg, Jim Baiers, Frank Amodeo |
| | August 14, 2006 | Amodeo history and Presidion story | Genry's | Sheriff Kevin Beary, Joe Robinson, Frank Amodeo |
| | August 15, 2006 | Amodeo history and Presidion story | Suntrust offices | Joe Rutledge from CNBC, Joe Robinson, Frank Amodeo |
| | August 16, 2006 | Amodeo history and Presidion story | Suntrust offices | Brian Nugent, Frank Amodeo, various other for several hours |
| | August 17, 2006 | Discussion concerning reallocating AEMPHS transactions. | Suntrust offices | Mike Stanley, Sue Schumacher, Craig Vanderburg, Sharmila Khanorkar, Dan Myers |
| | August 21, 2006 | E-mail referring to Vandevere and Stanley discussing money needed by BCA to pay IRS. (Stanley references the IRS as our strategic partner) | e-mail | Mike Stanley, Jim Vandevere, Jay Stollenwerk, Michelle Claussen |
| | August 24, 2006 | Tax meeting | Suntrust offices | Dan Myers, Sharmila Khanorkar, Frank Amodeo |
| | August 29, 2006 | Mock deposition to prepare for IRS interview | AQMI offices in Orlando, FL | Preparation by Dan Myers and Hans Beyer, Frank Amodeo |
| | August 29, 2006 | Mock Presidion Deposition | Deposition | Multiple (52) attendees, Frank Amodeo |
| | September 5, 2006 | Use of influence to insure fair fight with IRS over civil liability | Telephone | Dutko, Sally Painter, Joe Robinson, Karen Tramuntano, Frank Amodeo |
| | September 6, 2006 | PEO acquisition, Presidion, CURA, all about tax situation | Suntrust offices | Jim Sadrianna, Paul Hopkins, Justin Sciarra, Mike Barbee, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | September 6, 2006 | PEO meeting, explain consolidation and taxes | Suntrust offices | Michael Mapes, Tom Hancock, David Chaviers, Kellie Ledbetter, Frank Amodeo |
| | September 8, 2006 | PEO Consultant, explain Frank Amodeo complete story | Suntrust offices | Rob Blunt, Frank Amodeo |
| | September 11, 2006 | Mr. Stanley and Mr. Leonard planning how to use PEO money to fund other operations. | | Mike Stanley, Kevin Leonard |
| | September 14, 2006 | Explanatory meeting for prospective acquisition where tax problems and history are discussed. | | Wanda Silva, Jim Sadrianna, Robert Moreyra |
| | September 14, 2006 | Brian Nugent discussing legal and licensing issues with Mike Stanley surrounding transfer and timing of transfer of clients to AEM | e-mail | Brian Nugent, Mike Stanley |
| | September 18, 2006 | E-mail from Sue Schumacher with Presidion financials attached. Financials show an outstanding payroll tax liability in December 2005 of $76,613,724. This was forwarded to Allen Archer and Craig Vanderburg on November 29, 2006. | e-mail | Sue Schumacher, Kevin Munroe, Allen Archer, Craig Vanderburg |
| | September 19, 2006 | IRS notice to BCA of transfer of Paradyme tax lien to BCA as a result of them assuming Paradyme contracts | e-mail | Tucker Clancy, IRS, Sharmila Kharnakor, Yaniv Amar, Mike Stanley, Dan Myers, Frank Amodeo, Paul Glover, Steve Bonck |
| | September 19, 2006 | Mike Stanley sends letter to Blue Cross representative letting them know that in recent months Mirabilius HR began managing the books of business containing their client. | letter | Mike Stanley |
| | September 20, 2006 | E-mail noting that the IRS is still trying to go after Burcham for unpaid Sunshine tax debts. | e-mail | Jim Baiers, Craig Vanderburg, Jay Stollenwerk, Dan Myers, John Burcham. |
| | September 20, 2006 | Mike Stanley sends letter to IRS letting them know that as of July 1, 2006 they purchased the books of business from Presidion Solutions VII. | letter | Mike Stanley |
| | September 21, 2006 | Discussion about future business; status of tax debt | Suntrust offices | Paul Hughes, Pete Anderson, Frank Amodeo |
| | September 27, 2006 | Discussion of Burcham IRS and Presidion IRS | Suntrust offices | John Burcham & his CPA, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | September 28, 2006 | Memo from Mike Stanley to Frank Amodeo stating that IRS notice to BCA of transfer of Paradyne tax lien to BCA as a result of them assuming Paradyne contract"The Presidion/ Paradyne Lawson accounting system is a failed ERP installation," and that "The only assertion I am comfortable making is: The Presidion/ Paradyne Lawson accounting system cannot be relied upon.", "It stated that past financial statements may overstated revenues and expenses by as 16%. | meo | Frank Amodeo, Mike Stanley |
| | September 28, 2006 | | Suntrust offices | Dan Myers, Sharmila Khanorkar |
| | September 29, 2006 | Final Audit Review Meeting | Amsouth offices | Frank Hailstones, Paul Glover, Dan Myers |
| | October 1, 2006 | Planning meeting with outside counsel | Richard Berman's office in Miami | Frank Amodeo, Dan Myers, Richard Berman |
| | October 5, 2006 Florida | Frank's meetings with tax attorneys in South | Richard Berman's office in Miami | Frank Amodeo, Dan Myers, Sharmila Kharnakor, Yaniv Amar |
| | October 10, 2006 | Stanley states in e-mail that on 7/1/2006 MVI is owner of Presidion VII (PBS) book of business. Book sold to AEM on 7/1/06 meaning AEM should be paying the taxes. This e-mail string includes a long set of discussions outlining the problems with the accounting systems and describing the data as "garbage". | e-mail | Mike Stanley, Kevin Leonard, Debra Cole, Bill Walsh |
| | October 11, 2006 | Seeking use of Presidion Corporation to raise money to pay taxes | Conference Call | David Firestone, Craig Vanderburg, Frank Amodeo |
| | October 11, 2006 | Seeking use of Presidion Corporation to raise money to pay taxes | Conference Call | Kurt Benjamin, Craig Vanderburg, Frank Amodeo |
| | October 11, 2006 | Discussion among various controllers and CFO concerning allocation of PEO revenues and taxes. | | Kevin Leonard, Bill Walsh, Mike Stanley, Debra Cole, Jim Sadrianna, Jay Stollenwerk, Fernando Simo, Dan Myers, Bob Pollack |
| | October 13, 2006 | E-mail from bookkeepers to Debra Cole outlining current tax liability and Debra Cole explaining she only wants liabilities for AEM. | e-mail | Debra Cole, Luis Ramos |
| | October 17, 2006 | E-mail from Debra Cole noting request from Mike Stanley that the AEM overpayment, resulting from tax payments received and reported from PBS book but applied to AEM tax account creating the credit balance in the AEM account, be applied on to the AEM tax liabilities and not PBS or Presidion liabilities. | e-mail | Mike Stanley, Debra Cole, Luis Ramos, Michelle Claussen, Jen Beitefier, |
| | October 19, 2006 | History of PBS/Presidion/Sunshine | Suntrust offices | Ted Kazaglis, Bob Pollack, Frank Amodeo |
| | October 20, 2006 | Appearance at seminar, described tax case | Suntrust offices | Theodore Roosevelt Malloch, Ph.D, Malloch's wife, Woody Johnson, Marc Middleton, Frank Amodeo |
| | October 23, 2006 | Status report on tax case | Suntrust offices | Dan Myers, Sharmila Khanorkar, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | October 24, 2006 | Amending documents & payment schedule | Suntrust offices | Fred Sandlin, Frank Amodeo |
| | October 26, 2006 | Paradyme levy sent by IRS to BCA | | Tucker Clancy, Ms. J. Daley (Revenue Officer) |
| | October 27, 2006 | Frank in DC to meet with President of the United States | Roosevelt Room | Frank Amodeo, George Bush, Director General of NATO, etc. |
| | October 30, 2006 | Update on IRS and rumors in the marketplace | Suntrust office | Pete Anderson, Doug Lilak, Shelli Elmer, Frank Amodeo |
| | October 31, 2006 | Meeting with former Commissioner of IRS in DC. Gibbs received 7/20/06 IRS package for his review | Gibbs office | Lawrence Gibbs, Butch Slaughter, Chad Walters, Sharmila Khanorkar, Frank Amodeo |
| | November 1, 2006 | E-mail from Debra Cole noting that she stopped making the daily payment of $238,000 established by Amodeo to ensure trust fund payments were always current because AEM was "way overpaid". | e-mail | Debra Cole, Jay Stollenwerk, Michelle Claussen, Jenn Breidteler, Mike Stanley |
| | November 2, 2006 | Third Berman, Kean & Riguera (Wildermuth) memorandum - evaluation of the "Original Obligations" included in the Debt Refinancing Agreement. | | Elena Wildermuth |
| | November 6, 2006 | Amedeo answered questions regarding how money was created | Conference Call | Ted Kazaglis, Bob Pollack, Frank Amodeo |
| | November 6, 2006 | Thorough discussion concerning payroll tax issues | Suntrust office | Bob Leib, Sharmila Khanorkar, Dan Myers, Steve Bonck, Frank Amodeo |
| | November 7, 2006 | Meeting in Huntsville, AL, informed of increasing liability, but would make sure their payments continued, wanted to sell shares at $0.25, figured we could afford it because of cash from tax float. | Karl Leo's office | Karl Leo, Jeff Stentz |
| | November 8, 2006 | Background, source of capital prior to new audit | Suntrust offices | Larson Allen (auditors) & Bill Walsh, Frank Amodeo |
| | November 10, 2006 | South Florida meeting with multiple tax attorneys | Richard Berman's office in Miami | Richard Berman, Marvin Gutter, Glen Stankee, Lamont & Nieman, Dan Myers, Yaniv Amar, Chad Walters, Sharmila Kharnakor, Frank Amodeo |
| | November 15, 2006 | Plan Riga NATO Summit and business meeting of fees | Meeting | Dan Barks, Bud McFarlane, Dan Barks |
| | November 15, 2006 | General business matters; Seeds of Hope | Conference Call | Joe Robinson, Karen Tramantano, Sally Painter, Frank Amodeo |
| | November 20, 2006 | Mirabilis Board of Directors meeting appointing office and directors. New compliance rules; Tom Sadaka and Kellie Tomeo in charge of legal and regulatory compliance as Straits Authority. | Suntrust offices | Laurie Holtz, James Sadrianna, Jason Carlson (phone), Frank Halsiones (phone), Richard Berman (phone), Fernando Simo (phone), William Walsh (phone), Frank Amodeo, Tom Sadaka, Scott Goldberg |
| | November 20, 2006 | Discussion among controllers, accountants and CFO's concerning unusual AEM disbursements | Suntrust offices | Kevin Leonard, Bill Walsh, Dan Myers, Sharmila Khanorkar |
| | November 21, 2006 | Discussion of deposition and possible ramifications | Suntrust offices | Butch Slaughter, Paul Hawkins, Frank Amodeo |
| | November 25, 2006 | Riga NATO Summit | Riga, Latvia | Joe Robinson, Dan Barks, Jason Carlson, Linda Duncan, Sally Painter, Karen Tramatano, Frank Amodeo |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | November 26, 2006 | Riga NATO Summit | Riga, Latvia | Joe Robinson, Dan Barks, Jason Carlson, Linda Duncan, Salley Painter, Karen Trannamano, Frank Amodeo |
| | November 27, 2006 | Riga NATO Summit | Riga, Latvia | Joe Robinson, Dan Barks, Jason Carlson, Linda Duncan, Salley Painter, Karen Trannamano, Frank Amodeo |
| | November 28, 2006 | Riga NATO Summit | Riga, Latvia | Joe Robinson, Dan Barks, Jason Carlson, Linda Duncan, Salley Painter, Karen Tramamano |
| | November 30, 2006 | PEO Meeting - transition to AEM in 2007 | Meeting | Mike Stanley, Laurie Andrea, Mary Flynn, Dan Myers, Frank Amodeo |
| | November 30, 2006 | Mike Stanley and Debra Cole deciding how to allocate and use Paradyme funds deposited to AEM tax account. | | Mike Stanley, Debra Cole |
| | December 2, 2006 | Mrs. Kazaglis was accountant; Amodeo retold Presidion story | Dinner | Ted Kazaglis, Mrs. Kazaglis, Bob Pollack, Pam Pollock |
| | December 5, 2006 | E-mail from Lily Gutierrez to Mike Stanley alerting that a client has notified them that they had received a subpoena from the IRS and the agent informed the client that this was for a criminal investigation on Presidion. She wants to know how to proceed with client. | e-mail | Amar, Stanley Gutierrez, |
| | December 5, 2006 | PEO Summit Meeting | Suntrust offices | Michael Mapes, Carolina Mapes, Pat McCann, Jeff Reichel, Tom Hancock, David Chavers, Kellie Ledbetter, Mike Mapes |
| | December 6, 2006 | E-mail from Carlos Delgado to Mike Stanley letting him know that a client received a subpoena for payroll records for a grand jury investigation. Client wants to talk to someone higher than Carlos or he is not running payroll with company anymore. | Suntrust offices | Carlos Delgado, Yaniv Amar, Debra Cole, Mike Stanley |
| | December 6, 2006 | Commonpaymaster discussion regarding payment of employees | e-mail | Bill Walsh, Fernando Simo, Mary Flynn |
| | December 8, 2006 | Engagement; asked for risk analysis to be provided | Amsouth offices | Ted Kazaglis, Bob Pollack, Frank Amodeo |
| | December 11, 2006 | E-mail from Debra Cole to Jim Sadrianna, Sharmila Khanorkar, Mike Stanley and Jay Stollenwerk requesting approval to release financial data to a representative from an investment banking group attempting to raise money for PEO acquisition. | Suntrust offices | Debra Cole, Jim Sadrianna, Sharmila Khanorkar, Mike Stanley, Jay Stollenwerk |
| | December 12, 2006 | Discussion involving Secure Solutions tax problems | Suntrust offices | Kevin Billings, Robert Palumbo, Frank Amodeo |
| | December 14, 2006 | Update on IRS and PEO | Suntrust offices | Craig Vanderburg, Jim Baiers, Frank Amodeo, Dan Myers |
| | December 14, 2006 | Special Board meeting | BOD Meeting | Jason Carlson, Tom Broadhead, Frank Haulstones, Bob Pollack, Fernando Simo, James Sadrianna, Laurie Holtz |
| | December 15, 2006 | MVI annual shareholder's meeting | Amsouth Offices | Multiple invitees (not Amodeo) |

# Tax Timeline

| Doc # | Date | Description | Type - Location | Attendees |
|---|---|---|---|---|
| | December 15, 2006 | Post shareholder's meeting, Key directors of MVI met with Amodeo and discussed unpaid taxes of various Mirabilis Peo Entities | Kres restaurant | Frank Amodeo, Richard Berman, Mark Bernet, Laurie Holtz |
| | December 15, 2006 | BOD Meeting & Shareholder Meeting | Amsouth offices | 40 Attendees |
| | December 15, 2006 | Sue Schumacher trying to cover self for money's she transferred from Presidion | e-mail | Sue Schumacher, Dan Myers, Kevin Leonard |
| | December 27, 2006 Miami, FL | | Panoff's offices | Bob Panoff, Frank Amodeo |

# TAB 5

# AFFIDAVIT OF FRANK L. AMODEO

STATE OF FLORIDA

COUNTY OF ORANGE

On this day, appeared before me, the undersigned, duly authorized to administer oaths and take acknowledgements, Frank L. Amodeo, after being duly sworn, deposes and says as follows:

1.      I am over the age of twenty-one (21) years, am of sound mind, and am competent to make this affidavit based upon my personal knowledge.

2.      Edith Curry ("Curry") was a member of the Board of Directors of Mirabilis Ventures, Inc. ("Mirabilis") beginning January 3, 2005, and ending October 31, 2006.

3.      Curry was an Officer of Mirabilis, specifically Secretary and Treasurer for Mirabilis, beginning January 3, 2005 and ending October 1, 2005.

4.      Curry was the President of Nexia Strategy Corporation ("Nexia"), a wholly-owned subsidiary of Mirabilis engaged by Presidion Corporation ("Presidion") in a consultancy capacity, beginning in or about April 2005 and ending in or about October 2006.

5.      Additionally, Curry received eight million (8,000,000) shares of Presidion stock, making her the fourth largest shareholder at the time.

6.      In or about November 2004, I retained Curry to represent and advise me as to the implications and potential consequences resulting from my plan for deconsolidation from Presidion, divestiture, and liquidation of Sunshine Staff Leasing, Inc. a/k/a Presidion Solutions, I, Inc. ("Sunshine Staffing"); Sunshine Companies, II, Inc. ("Sunshine II"); Sunshine Companies, III, Inc. a/k/a Presidion Solutions, IV, Inc.

("Sunshine III"); and Sunshine Companies, IV, Inc. a/k/a Presidion Solutions, V, Inc. ("Sunshine IV") (collectively the "Sunshine Companies").

7.    My proposed reorganization strategy called for the divestiture and liquidation of the Sunshine Companies so that creditors could be paid, including the Internal Revenue Service.

8.    Additionally, my proposed strategy allowed Presidion to deconsolidate its financials and separate itself from the excessive liabilities associated with its subsidiaries, allowing it to continue to conduct business as a going concern (collectively the "Sunshine Companies Plan").

9.    I was officially retained by Presidion in October 2004.

10.    Because of the complexities involved in the Sunshine Companies Plan, particularly with regard to legal and tax implications of the proposed strategy, I sought advice and opinions from multiple professionals, including Curry, other attorneys, and accountants qualified to provide such advice.

11.    On December 21, 2004, I met with Curry, Richard E. Berman ("Berman"), a director of the law firm of Berman, Kean, & Riguera, P.A. ("BKR"), Laurie Holtz ("Holtz") and José I. Marrero ("Marrero"), principals of Rachlin, Cohen, & Holtz, LLP ("Rachlin"), James Baiers ("Baiers"), the General Counsel of Presidion, and various other professionals met to develop a detailed assignment of tasks with respect to the Sunshine Companies Plan.

12.    At this meeting, Curry was tasked with performing due diligence of Presidion and the Sunshine Companies, as well as acting as the chief negotiator between the Sunshine Companies and their various creditors.

13.     Specifically, Curry negotiated with Robert Gaines and Fred Sandlin, the then secured creditors of the Sunshine Companies, regarding changing the magnitude and makeup of their security interests (i.e. converting portions of the debt into equity and changing their stock option prices), using the unpaid payroll "trust fund" taxes of the Sunshine Companies as leverage during the negotiations.

14.     Moreover, as part of the December 21st meeting, it was agreed that Berman, Holtz, Marrero, and Rachlin would contact the IRS Criminal Investigation Division and the U.S. Attorney's Office for South Florida, so as to arrange for a meeting between the USAO, Curry, and I, to discuss the Sunshine Companies Plan.

15.     Subsequent to the December 21st meeting, I began to implement the Sunshine Companies Plan as Wellington Capital Group, Inc. ("Wellington"), a company wholly-owned by me, purchased the Sunshine Companies from Presidion, immediately dissolved the Sunshine Companies, and liquidated their remaining assets for a total liquidated value of approximately $3,000,000.00, all of which was paid over to the Internal Revenue Service.

16.     On January 6, 2005, Berman, Marrero, Daniel Myers, Hans C. Beyer ("Beyer"), and I attended a meeting at the Plantation, Florida Internal Revenue Service collections office (the "Plantation Office") in which the details of the Sunshine Companies Plan were specifically discussed, including the non-payment of taxes by the Sunshine Companies, of which the Internal Revenue Service was unaware.

17.     In preparation for the January 6, 2005 meeting, Curry prepared a legal brief on what, if any, personal "responsible person"[1] liability may arise or inure to the detriment of me, or my staff, by engaging in the Sunshine Companies Plan.

18.     Furthermore, during the Sunshine Companies Plan, I sought and received extensive legal and tax advice from various professionals, including Curry, which provided, in pertinent part, that any tax liabilities incurred by a subsidiary would remain with that subsidiary and such liability would not attach to the detriment of the parent company or affiliated subsidiaries pursuant to a strict silo theory of tax liability.

19.     Curry advised me that the Sunshine Companies Plan, and the actions taken in connection therewith, complied with all local, state, and federal laws.

20.     Research and written opinions were further provided by the professionals I retained, including Curry, to validate the opinion of the requirements of the Internal Revenue Code, including a memorandum of law prepared in April 2005 by BKR which specifically addressed the question of what, if any, liability may arise or inure to the detriment of me, or my staff, by engaging in the Sunshine Companies Plan (the "April 2005 Memo").

21.     Curry was consulted and actively involved in the preparation of the April 2005 Memo.

22.     The April 2005 Memo failed to inform me that persons with the authority to exercise significant control over the financial affairs of a company have a statutory duty to collect, withhold, truthfully account for, and pay over payroll "trust fund" taxes and a failure to intervene to stop and/or mitigate the nonpayment of collected payroll "trust fund" taxes collected could result in significant personal liability, particularly

---

[1] *See* 26 U.S.C. § 6672.

6

criminal liability, despite multiple inquiries I made as to the potential consequences of the Sunshine Companies Plan.

23.     Moreover, Curry specifically informed me that the directors and officers of the entity which failed to pay over the payroll taxes could have personal civil liability, but not criminal exposure.

24.     In or about May 2005, I was again approached by Presidion regarding problems they were encountering with certain other PEO subsidiaries, particularly problems relating to worker's compensation insurance coverage, shortfall of working capital for the PEO operating subsidiaries, and a tax liability which had increased to over $80,000,000.00 since August 2004.

25.     The affected Presidion subsidiaries were Presidion Solutions, Inc. ("PSI"), and its wholly-owned PEO operating subsidiaries, Professional Benefits Solutions, Inc. a/k/a Presidion Solutions, VII, Inc. ("PBS") and Paradyme, Inc. ("Paradyme").

26.     On or about July 28, 2005, during a meeting in Miami, Florida at the offices of Rachlin between Holtz, Berman, myself, and other professionals regarding general matters related to the development of Mirabilis, a venture capital firm I founded in early 2005, I was contacted by the principals of Presidion regarding the impending loss of worker's compensation insurance coverage for the clients of PBS and Paradyme.

27.     The lack of worker's compensation insurance would have been particularly catastrophic, as it would have caused the value of PSI, PBS, and Paradyme assets to drop drastically as well as triggered additional defaults under a variety of loan and security agreements which would have resulted in PSI, PBS, and Paradyme assets becoming subject to immediate expropriation by secured creditors.

28.     Immediately subsequent to the call from Presidion, Berman and I left the Rachlin offices to meet with principals of Presidion in their Miami, Florida offices to discuss and seek a resolution to the worker's compensation coverage problem.

29.     Over the course of the next two (2) days, and based on the previous legal opinions provided by the professionals I retained, including Curry, I proposed a strategy to resolve the problems encountered by Presidion, PSI, PBS, and Paradyme, whereby:

    a.  The lack of worker's compensation insurance was resolved through me obtaining insurance coverage by virtue of an agreement where I would act as a personal indemnitor with regard to the obligations owed to the insurer; and

    b.  The lack of working capital would be provided through:

        i.  PSI truthfully and accurately accounting and reporting the taxes collected by PBS and/or Paradyme, relevant to their respective federal employer identification numbers ("FEIN"); and

        ii.  Using the collected payroll tax funds to pay for services to be rendered by PSI to PBS and/or Paradyme in the ordinary course of business (i.e. worker's compensation premium payments, administrative services, information technology, critical vendor payments, etc…) (collectively the "PBS Plan").

30.     Curry was actively engaged in, and a part of, the development of the PBS Plan.

31.     As part of this two (2) day development process, it was expressly discussed between Curry, Rachlin, me, and various other professionals, that collected payroll "trust fund" tax deposits would be used to fund the worker's compensation collateral requests so as to ensure continuing coverage.

32.     Additionally, during the development of the PBS Plan, Curry was specifically charged with insuring an effective reorganization of Presidion and continued in an active role in Presidion through June 2006.

33.     The PBS Plan would allow for accrued tax liabilities to remain with the FEIN of PBS and/or Paradyme, while providing additional funds to enable PEO operations to continue until the business was restored to a position wherein it could pay all of its outstanding liabilities.

34.     As part of the PBS Plan, Wellington subsequently purchased PSI on or about July 28, 2005, in order to preserve the value of the assets for creditors of PSI, and to preserve PSI as a viable entity so it could pursue the recovery of certain substantial claims.

35.     Moreover, prior to, during, and after the implementation of the PBS Plan, I again sought professional advice and counsel from Curry as to what, if any, personal civil or criminal liability may arise or inure to the detriment of me or my staff by engaging in the PBS Plan.

36.     Curry advised me that the PBS Plan, and all actions in connection therewith, complied with all local, state, and federal laws.

37.     Curry also informed Brian Taylor ("Taylor"), a former Federal Bureau of Investigation agent I retained as a security consultant, that the Sunshine Companies Plan

and PBS Plan, and all actions in connection therewith, complied with all local, state, and federal laws.

38. At all times Curry was actively involved in providing advice relevant to, and directly participating in, the development and implementation of the Sunshine Companies Plan and PBS Plan, in particular:

    a. Curry attended numerous meetings with the Internal Revenue Service, on behalf of PSI, the Sunshine Companies, PBS, Paradyme, and I in which the non-payment of payroll "trust fund" taxes was discussed;

    b. Curry assisted in answering questions asked to PSI, the Sunshine Companies, PBS, Paradyme, and I by the District Counsel for the Plantation Office;

    c. Curry participated in the revision of a narrative describing the Sunshine Companies Plan and PBS Plan;

    d. Curry reviewed and commented on multiple memorandums of law prepared by the professionals I retained which analyzed and provided advice related to the potential consequences of the Sunshine Companies Plan and PBS Plan, including: (i) the April 2005 Memo; (ii) a memo discussing the respective priority of perfected liens and taxes pursuant to the Federal Tax Lien Act; and (iii) a memo discussing the ramifications of the Debt Refinancing Agreement between PSI and Mirabilis;

    e. On or about August 29, 2006, Curry attended a mock deposition of Amodeo in preparation of potential depositions in connection with

civil proceedings arising out of the Sunshine Companies Plan and PBS Plan, specifically with regard to the tax strategy employed (the "Mock Deposition").

39.     At no time did Curry advise me that persons with the authority to exercise significant control over the financial affairs of a company have a statutory duty to collect, withhold, truthfully account for, and pay over payroll "trust fund" taxes and that failure to intervene to stop and/or mitigate the nonpayment of collected payroll "trust fund" taxes collected could result in significant liability, particularly criminal liability, despite multiple requests from Amodeo as to the potential consequences of the Sunshine Companies Plan and PBS Plan.

40.     At no time did Curry advise me that criminal liability may result from the actions taken in connection with the Sunshine Companies Plan or PBS Plan.

41.     As opposed to advising me of the aforementioned criminal liability potentially resulting from the Sunshine Companies Plan and PBS Plan, and resigning/terminating her representation of me if I did not cease the potentially illegal conduct, Curry chose obtain a direct pecuniary interest from her representation of me.

42.     Moreover, records for the Sunshine Companies, PBS, Paradyme, and Mirabilis indicate that Curry was put on notice of the increasing liability for unpaid payroll taxes by various parties, including:

    a.  On or about March 14, 2005 during settlement negotiations with
        Robert Gaines and his attorney, Patrick McGee, Curry was made
        aware that one of Mr. Gaines main concerns was that he would be left

liable for the non-payment of payroll taxes by the Sunshine Companies;

b. On or about August 29, 2005, Curry reviewed Daniel McHenry's valuation report on Presidion where tax arrearages were discussed. Curry subsequently used this as a bargaining tool to negotiate Fred Sandlin's settlement agreement as part of the Sunshine Companies Plan;

c. In or about October 2005 Curry and Taylor interviewed Baiers at which time old and new tax liabilities of Presidion's PEOs were discussed. Curry stated at this meeting that the non-payment of payroll taxes was not illegal; and

d. On or about May 21, 2006, Curry attended a meeting with representatives of the Employer Services Assurance Corporation ("ESAC") to discuss removal of ESAC certification because of the non-payment of payroll taxes by the Mirabilis and/or Presidion PEOs.

43.    Furthermore, Curry developed several business interests which she knew would utilize the unpaid payroll taxes of PBS, including Tireflys/Theory 3 and Nexia Certification, which is now being used by Palaxar, LLC.

Further affiant saith not.

_____
Frank L. Amodeo

STATE OF FLORIDA

COUNTY OF ORANGE

The foregoing instrument was subscribed and sworn to before me this _____ day of April, 2007, by Frank L. Amodeo, who is personally known to me or who has produced _____ as identification.


_____
Printed Name:_____
Notary Public
My Commission Expires:

13

Amodeo's action indicates a lack of intent; because instead of being deceptive about Amodeo's plan, Amodeo or one of Amodeo's advisors told the Internal Revenue Service what was happening.

In October 2004, Amodeo instructed Jim Baiers to keep the United States Attorney for the Eastern District of Michigan informed of Amodeo's plan and actions. Baiers indicated Baiers would do so and then that Baiers had done so. Baiers evidenced this by producing a letter dated February 4, 2005 from IRS Special Agent Gary R. Patterson indicating the criminal investigation against Presidion had been concluded. Baiers further stated Patterson had specifically commented that delinquent taxes ($35 – $52 million with penalties and interest) were only a civil, not criminal matter.

On or about December 21, 2004 Amodeo specifically instructed Amodeo's personal attorney, Richard E. Berman, to contact the U.S. Attorney's Office, especially since Richard Berman had a client purportedly in charge of the Organized Crime Division and apprise the U.S. Attorney of Amodeo's plan. Further, maintain a relationship and continue to keep the U.S. Attorney apprised of developments in order to prevent any conflicts.

At the same meeting Amodeo's personal accountant, Laurie Holtz, was directed to have a principal in Holtz's firm, Jose Marrero, contact the Criminal Investigation Division of the IRS to determine what help could be provided with any IRS inquiry into Presidion and to apprise the CID/IRS of Amodeo's actions and plan. This was especially appropriate since Marrero had 28 years of experience with the IRS, part of which included serving as deputy director in the Criminal Investigation Division.

Amodeo again on this day directed Ken Levine of Tew Cardenas to contact he appropriate State of Florida agencies, particularly the Department of Insurance and inform the Department and other appropriate agencies of Amodeo's action and plans. Levine as a trustee for the Department of Insurance and because of a close professional relationship with the Department head was exceptionally suited for the task. On December 28, 2004 Amodeo reaffirmed these instructions in an e-mail communication to Berman and Holtz.

On January 6, 2005 Amodeo personally went to the Internal Revenue Service and reported what was believed to be an unpaid tax debt greater than $25 million and possibly double that number. The Internal Revenue Service officer, Judy Berkowitz, requested Amodeo change the location of the taxpayer's corporate headquarters in order for the case to be assigned to her. The location Berkowitz suggested was a private mailbox in Hollywood, Florida, which Amodeo had used in prior cases. Present with Amodeo was Berman, Marrero, Hans Beyer of Buchanan Ingersoll (Bankruptcy Creditor Rights Expert) and Daniel Myers, CPA. Edith Curry Broadhead participated in the debriefing by telephone after the actual meeting.

At the conclusion of the meeting Amodeo instructed all five professionals to be "more than open" and "too much disclosure is not enough" in communicating with the IRS; maintaining this relationship was very important. The IRS must be able to rely upon us. Amodeo is informed by Marrero and Myers that everything is going well with the IRS and movement is being made toward an acceptable solution.

In or about May 2006 Presidion's auditors discover an asset Presidion had hid from Amodeo. The asset was a large deposit with an insurance company. In order to correct the oversight Presidion promptly issued a promissory note to the Sunshine Companies. Amodeo took the note and gave it to Dan Myers and had Myers send the note to the IRS (Berkowitz).

Berkowitz received the note but said this did not do the IRS any good and Sunshine should just send cash. Myers told Berkowitz the note could be sold to a related party at 10% of face value. Berkowitz agreed and Mirabilis sent the payments to the IRS, attention Berkowitz; effectively purchasing the note from the IRS.

In or about July 2005, the next engagement was to commence; this time a complete reorganization of the Presidion assets and sale of assets. Edie Curry was placed in charge of this reorganization. Curry was instructed to contact the U.S. Attorney's Office and explain what was occurring.

During this period of time consisting of most of 2005, Marrero and Myers were in contact with the IRS on a regular basis (several in person visits; hundreds of other communications).

In January of 2006, Amodeo asked Myers, Beyers and Sharmila Khanorkar (forensic accountant in Holtz's firm) to visit with the IRS and do a thorough review of the current state of affairs including the new liability owing from PBS.

# TAB 6

\* need revised ownership list
\* issue: security liens v. tax obligations
    - Federal Tax Lien Act
4 subsidiaries arrived for $126M of which $62M
    = real tax, rest = interest & penalties
\* main message = Presidion Solutions owes _no_
    tax



     { public      [ Presidion Corp. ]
1
     { Presidion Solu.    [ Presidion Solu. Inc. ]

> 6/18/05 Frank became EVP of Presidion Solutions
\*  → need relevant minutes
\* see contract between Mexia & Presidion Corporation for
    consulting to preserve book of business
6/5/05 Presidion insurance not renewed
      Solutions
<u>Secured creditors</u>
$14 M overpayment → note from ~~Mexia~~ to ~~Watkins~~ Sunshine,
    offered to IRS & rejected, sold for 90%
    discount to Mirabilis
CID in Detroit investigated ?; closed once
    Bacham left Presidion

Hans Christian Beyer

\* evaluate RICO claims

(@ ~170K / week)

$2 M paid by Presidion Solutions (not liable) over ~4 mos. → this can be used (hopefully) as downstroke for IRS deal.

Alternatively offer IRS a cash deal.

\* evaluate ability of IRS/trustee to collapse Presidion structure.
Nachman $11 M, Duchow $3 M,

10/04 Amodeo hired by Solutions to Agmi $18 M on ~~smallie~~ contingent basis for consulting

\* $120 million in potentially avoidable transfers
need all drafts of Agmi contracts.

1/8/05 MVI bought John Buchan's stock (33% of outstanding stock) - stock bought to get Buchan out → letter from DLD advising that Presidion not a target + stock in Presidion Corporation, the public company.

\*\* need all information involving solvency of Presidion Solutions and all subsidiaries.

See Schumacher has information on insolvency

\*\* see Davis transaction memo
→ Does UST have standing to investigate fraudulent transfers if debtor has no unsecured creditors?

Hans Christian Beyer

(right margin, vertical) → worked on savings enjoyed by Presidion

PC acquires PSI

PS has 7 subs $S^{1-5}$ 6,7

PS hires ASC to deal w/ $52M ~~tax title~~

ASC advise PS to sell $S^{1-5}$

PS sells $S^{1-5}$ to WCG for $500k          12/31/04

PS continues to run 6 + 7 until 6/05

PS bought $S^{1-5}$ + shuts them down + liquidates their
        assets, IDs $12.2M prepayment to FCIC

WCG sells $12.2M prepayment to ~~PSI~~ PI for $12.2 note
        from ~~$~~ WCG payable 12/31/09

$SC^{1-5}$ sells PI note to MVI for $1.2M cash (90% discount
        ($100k down, $550k month 2, remainder month 3 — all paid)

MVI treats 12.2 note as subsequent advance under Commercial
        line → secured debt

PSI liab. to FCIC est. @ $19.8 million

MVI assumes FCIC liab. in exchange for $17M (MVI = secured)

MVI settles FCIC for $10 million (w/ discount to 8.5M
        for early payment)

~~MVI~~ ~~assumes~~
7/28/05 Wellington purchases PSI stock for $100k   100%
7/28/05 AEM purchases PSI book for ½ of 1% of gross
        payroll per month up to $12 million
10/3/05 MVI indemnifies PSI for $70 million tax liab. + other creditors
        for $50 million due by 12/31/05 but not paid
12/3/05 MVI sells indemnification agreement to titanium for $18M note
        from MVI + $32M note from PSI

# TAB 7

# MN / Presidion Solutions, Inc.

## Analysis of Certain Transactions

*Frauts –*
*Draft FYI*
*X.*

*HANS*

| Tab | Category | Description |
|---|---|---|
| | **Miscellaneous** | |
| 1. | | Amodeo Narrative Summary |
| 2. | | Chronology |
| 3. | | Transaction Summary |
| 4. | | Players List |
| 5. | | Tasks & Documents |
| 6. | | HCB Notes |
| | **Corporate Information on Relevant Entities** | |
| 7. | | Creative Insurance Concepts, Inc. (IX) |
| 8. | | Paradyme, Inc. (VI) |
| 9. | | Presidion Administrative Solutions, Inc. (VIII) |
| 10. | | Presidion Corporation |
| 11. | | Presidion Solutions, Inc. |
| 12. | | Professional Benefits Solutions, Inc (VII) |
| 13. | | Sunshine Companies, Inc. (I) |
| 14. | | Sunshine Companies, II, Inc. (II) |
| 15. | | Sunshine Companies III, Inc. (III) |
| 16. | | Sunshine Companies Inc. IV (IV) |
| 17. | | Sunshine Staff Leasing, Inc. (V) |
| 18. | | |
| 19. | | |
| | **Bankruptcy Documents** | |
| 20. | | Voluntary Petition (PSI) |
| 21. | | Schedules (PSI) |
| 22. | | Statement of Financial Affairs (PSI) |
| 23. | | Disclosure Statement (PSI) |
| 24. | | Plan of Reorganization (PSI) |
| 25. | | Proposed Form of Confirmation Order (PSI) |
| | **Mirabilis** | |
| 26. | | |
| 27. | | |

| Tab | Category | Description |
|-----|----------|-------------|
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |
| 33. | | |
| 34. | | |
| 35. | | |
| 36. | | |
| | **Wellington** | |
| 37. | | |
| 38. | | |
| 39. | | |
| 40. | | |
| 41. | | |
| | **Aqmi Strategies** | |
| 42. | | |
| 43. | | |
| 44. | | |
| | **Nexia** | |
| 45. | | |
| 46. | | |
| 47. | | |
| | **Internal Revenue Service** | |
| 48. | | |
| 49. | | |
| 50. | | |
| 51. | | |
| 52. | | |
| 53. | | |
| 54. | | |
| 55. | | |
| 56. | | |
| 57. | | |
| 58. | | |

| Tab | Category | Description |
|---|---|---|
| 59. | | |
| 60. | | |
| 61. | | |
| 62. | | |
| 63. | | |
| 64. | | |
| 65. | | |
| 66. | | |