Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| Paragraph 16 "AQMI and its various professionals, including Beyer, met with IRS revenue officer, Judith Berkowitz to inform the IRS of the estimated tax debt of the Sunshine Companies and the plan for resolution of the Debt." | Beyer never retained by AQMI and Beyer had no connection to the Sunshine Companies Plan and did not know if its existence | Specific Reference Deleted | 1. Memorandum References Beyer's duties in conjunction with Sunshine Plan and Sunshine Companies in Mirabilis' books and records (Exhibit B, Doc. No. 11) 2. 12/21/04 Notes, Beyer "fall back plan" to file for bankruptcy for Presidion entities part of Sunshine Plan prepared by Jim Baiers. (Exhibit 19, Doc. No. 24) 3. Email from Beyer re: "Sunshine Companies" retainer check for $15k (2/14/05) to Saxon Gilmore. (**Tab 1** attached to Exhibit A). 4. Timeline index in Mirabilis books and records, Beyer to compile all transactional documents in connection with Presidion and Sunshine Plans which was originally prepared by Mirabilis' in house counsel and staff (6/8/09). (**Tab 2** attached to Exhibit A) 5. Timeline Index in Mirabilis books-Response to IRS questions drafted by Beyer regarding tax treatment of IRS under Sunshine Plan and Presidion Plan. (**Tab 2** attached to Exhibit A) 6. Timeline Index in Mirabilis books which was originally prepared by Mirabilis' in house counsel and staff - Beyer meets with Amodeo to discuss resolving tax issues on video on |

EXHIBIT "B"

Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| | | | November 30, 2006. (**Tab 2** attached to Exhibit A).<br>7. Presidion Solutions, Inc. draft bankruptcy schedules shows unsecured priority claims of IRS for "Sunshine Companies" tax liabilities and email prepared by Beyer. (Exhibit D, Doc. No. 11)<br>8. Document found in Mirabilis' books and records Detailing Beyer's duties and involvement with Presidion since January 2005, including primary editor of IRS letter as part of Sunshine Plan. (**Tab 3** attached to Exhibit A)<br>9. Tax Timeline as part of Mirabilis' books and records evidence Beyer's attendance and involvement with tax strategy sessions with Amodeo and others. (**Tab 4** attached to Exhibit A).<br>10. Draft Affidavit of Frank Amodeo found in Mirabilis' books and records showing Beyer attended IRS meeting to discuss non-payment of taxes by Sunshine Companies. (**Tab 5** attached to Exhibit A). |
| **Paragraph 30** "In 2004, Beyer was originally retained by AQMI to give legal advice regarding the legality of the Sunshine Companies Plan and to assist with the tax treatment and classification | Beyer never retained by AQMI and Beyer had no connection to the Sunshine Companies Plan and did not know if its existence | Provision Remains in Third Complaint | See Above regarding evidence of Beyer's involvement with Sunshine Companies Plan, as defined. |

Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| of the same in all bankruptcy related matters." | | | |
| **Paragraph 32** "In early 2005, drawing upon his knowledge of the common issues of fact and law from the Sunshine Companies Plan among other represented qualifications, Beyer began consulting or otherwise advising Mirabilis and its subsidiaries." | Beyer nor Saxon Gilmore ever provided tax advice to Mirabilis and never knew of Sunshine Companies Plan. | Provision Remains in Third Complaint | 1. Meeting with IRS based on Expense Report of Beyer billed to Mirabilis for "meeting with IRS" (Exhibit F, Doc. No. 11) 2. Presidion Plan of Reorganization was part of overall scheme, which Beyer drafted schedules and discussed treatment of claims, including IRS. (See Exhibit D, Doc. No. 11) 3. Notes from Beyer claims tax treatment if Mirabilis purchases tax debt as part of tax scheme. (**Tab 6** attached to Exhibit A). 4. Presidion Solutions, Inc. analysis of transactions showing PSI and Sunshine Companies information as part of overall plan. (**Tab 7** attached to Exhibit A) 5. Beyer's Redline Edits to Letter to IRS and Judy Berkowitz regarding Sunshine Companies and tax treatment (Exhibit G, Doc. No. 11). 6. Confidential Memorandum regarding Sunshine Plan (Exhibit 47, Doc. No. 24). |

Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| **Paragraph 33** "During this time, Beyer began providing legal advice to Mirabilis and its subsidiaries while employed by Saxon Gilmore. A true and correct copy of the January 4, 2005 memorandum detailing some of Beyer's preliminary tasks and duties under the PBS Plan and Sunshine Plan is attached…" | Beyer never had any connection to PBS Plan or Sunshine Plan and did not know of its existence. | Provision Remains in Third Complaint | See documents responsive for Paragraphs 16 and 32 above regarding Beyer's legal advice regarding tax matters to Mirabilis as part of overall Sunshine Plan. |
| **Paragraph 35** "In fact, Beyer completed drafts of bankruptcy petition schedules which acknowledged the increasing tax liability of PBS and Paradyme in advance of a potential decision to file bankruptcy on behalf of PSI as part of the PBS Plan" | Attachment that backs up reference is actually a proposed Plan of Reorganization for Kingdom Vision Network, Inc. | Provision Changed to Reflect typo that document was actually a petition and schedules for Presidion, showing a conflict of interest with representation of Mirabilis (who is disclosed as a creditor). | 1. See Exhibit D, Doc. No. 11, which is attachment that evidences and backs up this specific assertion. |
| **Paragraph 36** "Beyer, while employed by Mirabilis and Saxon drafted a Presidion plan of reorganization on behalf of Mirabilis, but discloses them as a prospective creditor, which is clearly a conflict of interest" | Beyer never retained as Debtor for Presidion and fails to show a conflict of interest if Mirabilis is a creditor. | Provision Changed to Reflect typo that document was actually a petition and schedules for Presidion, showing a conflict of interest with representation of Mirabilis (who is disclosed as a creditor). | 1. See Exhibit D, Doc. No. 11, which is attachment that evidences and backs up this specific assertion. |

Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| **Paragraph 37** "Beyer knew or should have known that Mirabilis relied on these bankruptcy petitions when determining whether the PBS Plan should be approved." | Beyer never prepared a bankruptcy petition for Presidion and Beyer had no connection to the PBS Plan and did not know of its existence | Provision Remains in Third Complaint | 1. See Exhibit D, Doc. No. 11, that evidences Beyer had prepared Presidion Bankruptcy Schedules, and see 16 and 32 above evidencing Beyer's knowledge and involvement with Presidion and Sunshine Plan. |
| **Paragraph 38** "In March 2006, Beyer compiled all transactional documents in connection with the PBS Plan and spoke with other Mirabilis officers, employees and directors regarding the PBS Plan and its legality." | Attachment does not reflect correspondence regarding Presidion and PBS Plan and Beyer had no knowledge regarding same. | Provision Remains in Third Complaint | 1. See Exhibit D, Doc. No. 11, which also includes email from Beyer, which should be proper exhibit to complaint, evidencing detail discussion regarding bankruptcy petitions and financial statements for Presidion. |
| **Paragraph 39** "Beyer was especially interested in the success of the PBS Plan and Sunshine Companies Plan because Beyer had a vested interest in its approval." | No factual support for this allegation | Provision Remains in Third Complaint | 1. Beyer's' vested interest in approval stemmed from keeping additional capital to fund other projects, of which, Beyer was to keep a finder's fee, which Beyer does not refute. (Doc. No. 42, p. 17). |
| **Paragraph 41** "Furthermore, in furtherance of the PBS Plan, Beyer referred Saxon Gilmore, and thus to himself directly matters for the firm to work on regarding among other things, insolvency and plans of reorganization to assist with the Plan." | Beyer had no connection to the PBS Plan and did not even know of its existence and no one assisted with the PBS Plan. | Provision Remains in Third Complaint | See documents in 16 and 32 above. |

Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| **Paragraph 42** "Beyer attended meetings with the IRS during his employment at Saxon Gilmore and as an officer of Mirabilis regarding the PBS Plan…." | Only met twice, once to discuss World Vision and Second to discuss possible chapter 11 bankruptcy proceeding for Presidion companies, and the second to accompany a MVI representative who was making a payment" | New Statement in Paragraph Number 40 | 1. Expense Reports (Exhibit F, Doc. No. 11).<br>2. Professional Fee Reports from Hans Beyer Showing Payment for Chapter 11 for Sunshine Company and related matters (**Tab 8** attached hereto). |
| **Paragraph 43** "After this meeting, Beyer sent a draft version of the offer of compromise for tax payers regarding the PBS Plan and Sunshine Companies Plan which was sent from Beyer to Shane Williams as an officer of Mirabilis…." | Beyer had no connection to the PBS Plan and did not even know of its existence and no one assisted with the PBS Plan. | New Statement in Paragraph Number 41 | 1. Document Referenced stands for itself. Beyer claims he never did work for AQMI, but this letter was on AQMI letterhead, which he drafted and sent email from Mirabilis signature block. (Exhibit G, Doc. No. 11). |
| **Paragraph 44** "After receiving advice from Beyer…Mirabilis and AEM acquired the PEO Book of business, its financial affairs and the PEO operations." | Beyer never provided any advice or made any representation of any kind regarding the PEO book of business. | Provision Removed from Third Complaint | Provision deleted in its entirety from the Third Complaint. However, see documents in 16 and 32 above for support regarding same. |
| **Paragraph 58** "at all times material hereto, an attorney-client relationship existed between MVI and Defendants." | To extent to include Beyer provided tax advice, the legality of the PBS Plan or Sunshine Companies Plan, or other matters regarding the PBS Plan, statements are false. Only representation was for bankruptcy filings of Community Health Solutions. | Provisions Remained in Substance in Third Complaint. | 1. See Documents in 16 and 32 above.<br>2. For existence of attorney-client relationship see the Professional Fees Report showing work done for Sunshine Companies (**Tab 8** attached hereto).<br>3. Beyer's claim that he only was retained for Community Health is disingenuous based on documents attached (**Tab 8** attached hereto). |

Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| **Paragraph 64,65,66** Duplicate | Same | Same | Same |
| **Paragraph 69** "Defendants knew or should have known that MVI, its subsidiaries and related companies were relying on the information supplied…by Defendants in connection with their legal representation of the Mirabilis entities…" | To extent to include Beyer provided tax advice, the legality of the PBS Plan or Sunshine Companies Plan, or other matters regarding the PBS Plan, statements are false. | Provision Remained in Substance in Third Complaint | See documents in 16 and 32 above. |
| **Paragraph 70, 72, 75-78, 81** | All object that Saxon Gilmore owed Mirabilis a duty by filing to supervise Beyer and regarding the payroll taxes and advise regarding the same | Provisions Regarding Duty to Supervise Removed, allegations regarding fiduciary duty owed to Mirabilis for advise given by Beyer to Mirabilis remains | See documents in 16 and 32 above. |
| **Paragraph 81** "Defendants owe MVI, its subsidiaries and related companies a duty of reasonable skill, diligence to ensure that all information supplied and representations and statements made to or on behalf of MVI and its related entities." | To extent to include Beyer, its false | Provision Remains in Substance | Legal Statement from Other Facts |
| **Paragraph 82** "Defendants breached their duty by making the material negligent is representation and omissions described above…" | To extent to include Beyer, its false | Provision Remains in Substance | Legal Statement from Other Facts |

Mirabilis Ventures, Inc.
Comparison of Second Complaint to Third Complaint

| Paragraph in Second Complaint | Basis for Objection by Beyer | Third Complaint | Documents to Support Assertion (if Applicable) |
|---|---|---|---|
| **Paragraph 83** "Saxon Gilmore also breached its duty of reasonable care by failing to supervise the trust account of MVI and its related entities." | Object on basis Saxon Gilmore maintained a Mirabilis Trust Account | Provision Removed from Third Complaint | 1. Based on General Ledger, it was reasonable belief that Saxon Gilmore maintained a Trust Account for Mirabilis (**Tab 8** attached hereto). However, this provision was removed after discovery revealed otherwise. |
| **Paragraphs 84** is largely duplicate of 62, 66, 72 and 78 | Same reasons as above. | Same | Same |

# TAB 8

4/18/2007
9:47 AM

# Tab 10

## Professional Firm Fees

### Hans Beyer

#### Saxon Gilmore

| Type | Date | Payee | Memo | Account | Amount | Class |
|---|---|---|---|---|---|---|
| Check | 06/14/2005 | Saxon | | 1050 · AmSouth (Marty) | | |
| Check | 07/05/2005 | Saxon | | 1030 · First Southern | | |
| Check | 02/23/2005 | Saxon Gilmore, et al, PA | Retainer for Sunshine Staffing Chapter 11 | 1030 · Mercantile Bank | 25,000.00 | AQMI |
| Check | 02/23/2005 | Saxon Gilmore, et al, PA | Retainer for KVN Chapter 11 | 1030 · Mercantile Bank | 25,000.00 | AQMI |
| Check | 08/23/2005 | Saxon Gilmore, et al, PA | | 1030 · Mercantile Bank | 15,000.00 | Wellington |
| Check | 08/23/2005 | Saxon Gilmore, et al, PA | | 1030 · Mercantile Bank | 10,000.00 | Wellington |
| General Journal | 08/09/2006 | Saxon Gilmore | 06/08/06 Saxon Gilmore | 1095 · Mirabilis – L/C Acct - BofA | 10,000.00 | Wellington |
| Check | 12/29/2006 | Saxon Gilmore | | Mercantile Bank | 20,036.51 | Wellington |
| Check | 03/27/2005 | Saxon Gilmore P.A. | | 1095 · Mirabilis – L/C Acct - BofA | 25,000.00 | MVI |
| Check | 12/28/2005 | Saxon Gilmore P.A. | | 1090 · Suntrust (Capital) | 50,000.00 | MVI |
| Bill Pmt -Check | 12/28/2005 | Saxon Gilmore P.A. | | 1090 · Suntrust (Capital) | 15,000.00 | MVI |
| Check | 10/20/2005 | Saxon Gilmore P.A. | | 1090 · Suntrust (Capital) | 439.16 | MVI |
| Bill Pmt -Check | 03/07/2006 | Saxon Gilmore P.A. | | 1080 · Suntrust (Capital) | 2,243.50 | MVI |
| Check | 10/20/2005 | Saxon Gilmore P.A. | | 1095 · Mirabilis – L/C Acct - BofA | 5,000.00 | MVI |
| Check | 03/24/2005 | Saxon Gilmore P.A. | Legal Fees | 1095 · Mirabilis – L/C Acct - BofA | 7,483.19 | MVI |
| Check | 05/18/2006 | Saxon Gilmore P.A. | | 1095 · Mirabilis – L/C Acct - BofA | 10,000.00 | MVI |
| Check | 05/25/2006 | Saxon Gilmore P.A. | | 1090 · Suntrust | 15,000.00 | MVI |
| Bill Pmt -Check | 09/29/2006 | Saxon Gilmore P.A. | | 1095 · Mirabilis – L/C Acct - BofA | 30,000.00 | MVI |
| Check | 07/28/2006 | Saxon Gilmore P.A. | | 1095 · Mirabilis – L/C Acct - BofA | 30,522.90 | MVI |
| Bill Pmt -Check | 09/13/2006 | Saxon Gilmore P.A. | | 1095 · Mirabilis – L/C Acct - BofA | 31,477.35 | MVI |
| | | | | | 39,108.50 | MVI |
| | | | | | 40,000.00 | MVI |

- 7100 · Legal & Accounting — 25,000.00 — AQMI
- 7100 · Legal & Accounting — 25,000.00 — AQMI
- 7110 · Professional Services — 15,000.00 — Wellington
- 7110 · Professional Services — 10,000.00 — Wellington
- 7110 · Professional Services — 10,000.00 — Wellington
- 7110 · Professional Services — 20,036.51 — Wellington
- 8180 · Bank Charges
- 1154 · Due from Cadent Administrators
- 7100 · Legal & Accounting
- 2000 · Accounts Payable
- 7100 · Legal & Accounting
- 2000 · Accounts Payable
- 7100 · Legal & Accounting
- 7100 · Legal & Accounting
- -SPLIT-
- 2000 · Accounts Payable
- 7100 · Legal & Accounting
- 2000 · Accounts Payable

**Total: 406,411.21**



*(Document marked "DRAFT")*

4:28 PM
02/18/09
Accrual Basis

## Mirabilis Ventures, Inc.
## Find Report
## All Transactions

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 9/29/2006 | 10967 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 31,477.35 | -31,477.35 |
| Bill Pmt -Check | 9/13/2006 | 10914 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 40,000.00 | -71,477.35 |
| Check | 7/28/2006 | 10842 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 7100 · Legal & Accounting | | 39,108.50 | -110,585.85 |
| Check | 5/25/2006 | 10666 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | -SPLIT- | | 30,622.90 | -141,208.75 |
| Check | 5/18/2006 | 328 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 30,000.00 | -171,208.75 |
| Check | 3/27/2006 | 3-27 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 1154 · Due from Cadent A... | | 15,000.00 | -186,208.75 |
| Check | 3/24/2006 | 10484 | Saxon Gilmore ... | Legal Fees | 1095 · Mirabilis ... | | 7100 · Legal & Accounting | | 15,000.00 | -201,208.75 |
| Bill Pmt -Check | 3/7/2006 | 277 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 7,483.19 | -208,691.94 |
| Bill Pmt -Check | 12/28/2005 | 221 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 2,243.50 | -210,935.44 |
| Check | 12/28/2005 | 220 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 439.16 | -211,374.60 |
| Check | 10/20/2005 | 175 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 5,000.00 | -216,374.60 |
| Check | 10/20/2005 | 173 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 1811 · Hudson Nursery | | 45,000.00 | -261,374.60 |
| Check | 10/20/2005 | 174 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 10,000.00 | -271,374.60 |
| Total | | | | | | | | 0.00 | 271,374.60 | -271,374.60 |

Page 1

EXHIBIT "H"

## Mirabilis Ventures, Inc.
## Find Report
## All Transactions

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 9/29/2006 | 10967 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 31,477.35 | -31,477.35 |
| Bill Pmt -Check | 9/13/2006 | 10914 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 40,000.00 | -71,477.35 |
| Check | 7/28/2006 | 10842 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 7100 · Legal & Accounting | | 39,108.50 | -110,585.85 |
| Check | 5/25/2006 | 10666 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | -SPLIT- | | 30,622.90 | -141,208.75 |
| Check | 5/18/2006 | 328 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 30,000.00 | -171,208.75 |
| Check | 3/27/2006 | 3-27 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 1154 · Due from Cadent A... | | 15,000.00 | -186,208.75 |
| Check | 3/24/2006 | 10484 | Saxon Gilmore ... | Legal Fees | 1095 · Mirabilis ... | | 7100 · Legal & Accounting | | 15,000.00 | -201,208.75 |
| Bill Pmt -Check | 3/7/2006 | 277 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 7,483.19 | -208,691.94 |
| Bill Pmt -Check | 12/28/2005 | 221 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 2,243.50 | -210,935.44 |
| Check | 12/28/2005 | 220 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 439.16 | -211,374.60 |
| Check | 10/20/2005 | 175 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 5,000.00 | -216,374.60 |
| Check | 10/20/2005 | 173 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 1811 · Hudson Nursery | | 45,000.00 | -261,374.60 |
| Check | 10/20/2005 | 174 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 10,000.00 | -271,374.60 |
| Total | | | | | | | | 0.00 | 271,374.60 | -271,374.60 |

EXHIBIT "H"

## Mirabilis Ventures, Inc.
## Find Report
### All Transactions

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 9/29/2006 | 10967 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 31,477.35 | -31,477.35 |
| Bill Pmt -Check | 9/13/2006 | 10914 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 2000 · Pre-Petition Accou... | | 40,000.00 | -71,477.35 |
| Check | 7/28/2006 | 10842 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 7100 · Legal & Accounting | | 39,108.50 | -110,585.85 |
| Check | 5/25/2006 | 10666 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | -SPLIT- | | 30,622.90 | -141,208.75 |
| Check | 5/18/2006 | 328 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 30,000.00 | -171,208.75 |
| Check | 3/27/2006 | 3-27 | Saxon Gilmore ... | | 1095 · Mirabilis ... | X | 1154 · Due from Cadent A... | | 15,000.00 | -186,208.75 |
| Check | 3/24/2006 | 10484 | Saxon Gilmore ... | Legal Fees | 1095 · Mirabilis ... | | 7100 · Legal & Accounting | | 15,000.00 | -201,208.75 |
| Bill Pmt -Check | 3/7/2006 | 277 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 7,483.19 | -208,691.94 |
| Bill Pmt -Check | 12/28/2005 | 221 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 2000 · Pre-Petition Accou... | | 2,243.50 | -210,935.44 |
| Check | 12/28/2005 | 220 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 439.16 | -211,374.60 |
| Check | 10/20/2005 | 175 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 5,000.00 | -216,374.60 |
| Check | 10/20/2005 | 173 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 1811 · Hudson Nursery | | 45,000.00 | -261,374.60 |
| Check | 10/20/2005 | 174 | Saxon Gilmore ... | | 1090 · Suntrust ... | X | 7100 · Legal & Accounting | | 10,000.00 | -271,374.60 |
| **Total** | | | | | | | | **0.00** | **271,374.60** | **-271,374.60** |

EXHIBIT "H"