IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:09-CV-1974-ORL-31DAB

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-Bk-4327-KSJ

---

MIRABILIS VENTURES, INC.

    Plaintiff,

v.

SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A. and HANS
CHRISTIAN BEYER,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff / Appellant, Mirabilis Ventures, Inc. in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit pursuant to Federal Rules of Appellate Procedure 3(a) and 4(a). Plaintiff / Appellant appeals the Order on Defendants' Motion for Summary Judgment [D.E. #33] entered on June 18, 2010 and deemed final when Plaintiff's timely Motion for Reconsideration [D.E. # 51] was denied by Order [D.E. #52] entered July 19, 2010.

    Respectfully submitted,
    /s/TODD K. NORMAN
    Todd K. Norman
    Florida Bar No.:  62154
    tnorman@broadandcassel.com
    **BROAD AND CASSEL**
    390 N. Orange Ave., Suite 1400
    Orlando, FL  32801
    Phone: 407-839-4200
    Fax: 407-425-8377

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Joseph H. Varner, III<br>Trial Counsel<br>Florida Bar No. 394904<br>Joe.varner@hklaw.com<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, Florida 33601-1288 | Justin L. Dees<br>Florida Bar No. 048033<br>Justin.dees@hklaw.com<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, Florida 33601-1288 |

      /s/ Todd K. Norman

2